AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Maverick Gaming LLC, | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-00068 |
| The United States of America, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maverick Gaming LLC

Date:   01/11/2022

/s/ Theodore B. Olson
*Attorney's signature*

Theodore B. Olson (D.C. Bar No. 367456)
*Printed name and bar number*

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Address*

tolson@gibsondunn.com
*E-mail address*

(202) 955-8668
*Telephone number*

(202) 530-9575
*FAX number*