AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Maverick Gaming LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00068 |
| The United States of America, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maverick Gaming LLC                                                                                     .

Date:   01/11/2022                                                    /s/ Matthew D. McGill
                                                                                      *Attorney's signature*

                                                            Matthew D. McGill (D.C. Bar No. 481430)
                                                                             *Printed name and bar number*

                                                                        1050 Connecticut Avenue, N.W.
                                                                           Washington, D.C. 20036

                                                                                      *Address*

                                                                         mmcgill@gibsondunn.com
                                                                                 *E-mail address*

                                                                                (202) 887-3680
                                                                                *Telephone number*

                                                                                (202) 530-9662
                                                                                   *FAX number*