CO-386
10/2018

# United States District Court
# For the District of Columbia

Maverick Gaming LLC,

)
)
)
)
)                                    Civil Action No.___1:22-cv-00068_____
Plaintiff   )
vs                                  )
)
The United States of America, et al.,   )
)
)
Defendant   )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Maverick Gaming LLC,_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Maverick Gaming LLC,_____ which have

any outstanding securities in the hands of the public:

Maverick Gaming LLC, a nongovernmental limited liability company, has no parent company, subsidiary, or affiliate that has outstanding securities in the hands of the public, and no publicly held corporation owns 10% or more of Maverick Gaming LLC's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Theodore B. Olson_____
Signature

D.C. Bar No. 367456_____        Theodore B. Olson_____
BAR IDENTIFICATION NO.                           Print Name

1050 Connecticut Avenue, N.W._____
Address

Washington, D.C. 20036_____
City            State            Zip Code

202.955.8668_____
Phone Number