AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Maverick Gaming LLC,

*Plaintiff(s)*

v.

The United States of America, et al.,

*Defendant(s)*

Civil Action No. 1:22-cv-00068

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
c/o Matthew M. Graves
U.S. Attorney for the District of Columbia
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Theodore B. Olson
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 01/19/2022
01/11/2022

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00068

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __The United States of America__
was received by me on *(date)* __January 19, 2022__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Served by U.S. Postal Service, Certified Mail Receipt No. 7003 0500 0002 4327 0636, return receipt requested (copy and tracking information attached hereto).

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __February 4, 2022__       /s/ Brian C. McCarty
                                                        *Server's signature*

                                                      Brian C. McCarty
                                                     *Printed name and title*

                                                Gibson, Dunn & Crutcher LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, DC 20036
                                                       *Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs >

### Track Another Package +

Tracking Number: 70030500000243270636

Remove ✕

Your item was delivered at 4:53 am on January 24, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus™ Available ⌄



## Delivered
January 24, 2022 at 4 53 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

January 24, 2022, 4:53 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on January 24, 2022 in WASHINGTON, DC 20530.

January 21, 2022, 11:01 am
Available for Pickup
WASHINGTON, DC 20530

January 21, 2022, 7:04 am
Arrived at Post Office

WASHINGTON, DC 20018

**January 20, 2022, 8:30 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**January 20, 2022, 5:09 pm**
USPS in possession of item
WASHINGTON, DC 20036

**USPS Tracking Plus™**

**Product Information**

See Less

Feedback

## Can't find what you're looking for?

Go to our FAQ ection to find an wer to your tracking que tion

**FAQs**