AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Maverick Gaming LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00068-FYP |
| The United States of America, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defs. Inslee, Ferguson, Sizemore, Patterson, Levy, Reeves, Lawson, Conway, Holy, Kloba, Vick & Griffin    .

Date:   02/11/2022

s/ Kristin Beneski
*Attorney's signature*

Kristin Beneski, WSBA 45478
*Printed name and bar number*

Attorney General of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
*Address*

kristin.beneski@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

(206) 464-6451
*FAX number*