AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Maverick Gaming LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00068-FYP |
| United States of America, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants United States of America; U.S. Dept of Interior; Secretary Haaland; Assistant Secretary Newland .

Date: 02/11/2022

/s/ Hillary K. Hoffman
*Attorney's signature*

Hillary K. Hoffman (MN Bar No. 0402027)
*Printed name and bar number*
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044

*Address*

hillary.hoffman@usdoj.gov
*E-mail address*

(202) 598-3147
*Telephone number*

(202) 305-0275
*FAX number*