# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-00068 (FYP) |
| | ) |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daron T. Carreiro of the United States Department of Justice is admitted to practice in this Court and hereby enters his appearance as counsel for Defendants the United States of America; the United States Department of the Interior; U.S. Secretary of the Interior Deb Haaland; and U.S. Department of the Interior Assistant Secretary for Indian Affairs Bryan Newland.

Dated: February 11, 2022                Respectfully submitted,

/s/ Daron T. Carreiro
DARON T. CARREIRO (DC Bar No. 983088)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 305-1117 (telephone)
(202) 305-0275 (fax)
daron.carreiro@usdoj.gov

ATTORNEY FOR FEDERAL DEFENDANTS