## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR, DEB HAALAND,<br>BRYAN NEWLAND, JAY INSLEE,<br>ROBERT FERGUSON, BUD<br>SIZEMORE, JULIA PATTERSON,<br>ALICIA LEVY, KRISTINE REEVES,<br>SARAH LAWSON, STEVE CONWAY,<br>JEFF HOLY, SHELLEY KLOBA,<br>BRANDON VICK, and TINA GRIFFIN,<br><br>      Defendants. | Civil Action NO. 1:22-cv-00068-FYP |

### DECLARATION OF BRIAN H. ROWE IN SUPPORT OF STATE DEFENDANTS'

### MOTION TO TRANSFER

I, BRIAN H. ROWE, declare as follows:

1.  I am an Assistant Attorney General in the Complex Litigation Division of the Washington State Attorney General's Office. I represent the Washington State Defendants in the above-captioned litigation. Unless otherwise noted, the information set out in this declaration is based on my personal knowledge and my review of the files and records in this case.

2.  Attached as **Exhibit A** is a true and correct copy of the Articles of Conversion of Maverick Gaming, LLC filed with the Washington Secretary of State on February 11, 2022.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

DATED this 24th day of February, 2022

_s/ Brian H. Rowe_
BRIAN H. ROWE, WSBA No. 56817
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the law of the District of Columbia, that the foregoing was electronically filed in the United States District Court for the District of Columbia and electronically served on the following parties:

Theodore B. Olson, DCBA No.
Matthew D. McGill, DCBA 481430
Lochlan F. Shelfer, DCBA No. 1029799
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955 – 8668
tolson@gibsondunn.com

DATED this 24th day of February 2022.

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA No. 45478
First Assistant Attorney General