## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR, DEB HAALAND,<br>BRYAN NEWLAND, JAY INSLEE,<br>ROBERT FERGUSON, BUD<br>SIZEMORE, JULIA PATTERSON,<br>ALICIA LEVY, KRISTINE REEVES,<br>SARAH LAWSON, STEVE CONWAY,<br>JEFF HOLY, SHELLEY KLOBA,<br>BRANDON VICK, and TINA GRIFFIN,<br><br>　　　　　Defendants. | Civil Action NO. 1:22-cv-00068-FYP |

### STATE DEFENDANTS' MOTION TO STAY PROCEEDINGS

Defendants Jay Inslee, Robert Ferguson, Bud Sizemore, Julia Patterson, Alicia Levy, Kristine Reeves, Sarah Lawson, Steve Conway, Jeff Holy, Shelley Kloba, Brandon Vick, and Tina Griffin (collectively, the State Defendants), all in their official capacities, respectfully move for an order from this Court staying proceedings in this action until the State Defendants' Motion to Transfer Venue, filed concurrently, is resolved. This Motion is based on the following memorandum of points and authorities in support.

Defendants the United States of America, the United States Department of the Interior, Deb Haaland, and Bryan Newland (collectively, the Federal Defendants), join the State

1

Defendants' request to stay proceedings in this action pending resolution of the State Defendants'

Motion to Transfer.

DATED this 24th day of February, 2022.

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
kristin.beneski@atg.wa.gov
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the law of the District of Columbia, that the

foregoing was electronically filed in the United States District Court for the District of Columbia

and electronically served on the following parties:

Theodore B. Olson
Matthew D. McGill
Lochlan F. Shelfer
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955 – 8668
tolson@gibsondunn.com
*Attorneys for Plaintiff*

DATED this 24th day of February, 2022, at Seattle, Washington.

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General