# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING LLC,<br>12530 NE 144th Street,<br>Kirkland, WA 98034<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br>555 4th Street, NW, Washington, DC 20001,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br>1849 C Street, NW, Washington, DC 20240,<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior,<br>1849 C Street, NW, Washington, DC 20240,<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary – Indian Affairs,<br>1849 C Street, NW, Washington, DC 20240,<br><br>JAY INSLEE, in his official capacity as the Governor of Washington,<br>Office of the Governor, P.O. Box 40002, Olympia, WA 98504,<br><br>ROBERT FERGUSON, in his official capacity as the Attorney General of Washington,<br>1125 Washington Street, SE, P.O. Box 40100, Olympia, WA 98504,<br><br>BUD SIZEMORE, in his official capacity as Chair of the Washington State Gambling Commission,<br>P.O. Box 42400, Olympia, WA 98504, | Civil Action No. 1:22-cv-00068-FYP |

JULIA PATTERSON, in her official capacity as Vice-Chair of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

ALICIA LEVY, in her official capacity as Commissioner of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

KRISTINE REEVES, in her official capacity as Commissioner of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

SARAH LAWSON, in her official capacity as Commissioner of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

STEVE CONWAY, in his official capacity as ex officio member of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

JEFF HOLY, in his official capacity as ex officio member of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

SHELLEY KLOBA, in her official capacity as ex officio member of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

BRANDON VICK, in his official capacity as ex officio member of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

TINA GRIFFIN, in her official capacity as Interim Director of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

        Defendants.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Plaintiff Maverick Gaming LLC ("Maverick") has changed its address. The new address for Maverick is:

    Maverick Gaming LLC
    12530 NE 144th Street
    Kirkland, WA 98034

Dated: March 10, 2022

                                         Respectfully submitted,

                                         /s/ *Theodore B. Olson*

                                         THEODORE B. OLSON
                                            D.C. Bar No. 367456
                                         MATTHEW D. MCGILL
                                            D.C. Bar No. 481430
                                         LOCHLAN F. SHELFER
                                            D.C. Bar No. 1029799
                                         GIBSON, DUNN & CRUTCHER LLP
                                         1050 Connecticut Avenue, N.W.
                                         Washington, D.C. 20036
                                         Phone: 202.955.8668
                                         Email: tolson@gibsondunn.com