UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE INTERIOR, DEB HAALAND, BRYAN NEWLAND, JAY INSLEE, ROBERT FERGUSON, BUD SIZEMORE, JULIA PATTERSON, ALICIA LEVY, KRISTINE REEVES, SARAH LAWSON, STEVE CONWAY, JEFF HOLY, SHELLEY KLOBA, BRANDON VICK, and TINA GRIFFIN,<br><br>               Defendants. | Civil Action NO. 1:22-cv-00068-FYP |

## REPLY MEMORANDUM IN SUPPORT OF STATE DEFENDANTS' MOTION TO STAY PROCEEDINGS

The State Defendants submit this reply in support of their motion to stay to clarify the scope of the requested stay. The parties have further conferred and reached agreement that the deadlines to answer or respond to the complaint should be stayed until after the Court resolves the pending motion to transfer (Dkt. 30) and motion for leave to file an amended complaint (Dkt. 35). The parties also agree that deadlines for responding to the complaint and for briefing dispositive motions should be set by agreement of the parties that remain in the case after the pending motions are resolved. For clarity, a proposed order is attached.

STATE DEFENDANTS' REPLY IN
SUPPORT OF MOTION TO TRANSFER
NO. 1:22-CV-00068-FYP

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 15th day of March, 2022

        ROBERT W. FERGUSON
        Attorney General of Washington

        *s/ Brian H. Rowe*
        KRISTIN BENESKI, WSBA No. 45478
        First Deputy Attorney General
        BRIAN H. ROWE, WSBA No. 56817
        Assistant Attorney General
        800 Fifth Avenue, Suite 2000
        Seattle, WA 98104-3188
        (206) 464-7744
        kristin.beneski@atg.wa.gov
        brian.rowe@atg.wa.gov
        TERA HEINTZ, WSBA No. 54921
        Deputy Solicitor General
        1125 Washington Street SE
        Olympia, WA 98504-0100
        (360) 753-6200
        tera.heintz@atg.wa.gov

STATE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TRANSFER NO. 1:22-CV-00068-FYP

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the law of the District of Columbia, that the foregoing was electronically filed in the United States District Court for the District of Columbia and electronically served on the following parties:

Theodore B. Olson, DCBA No.
Matthew D. McGill, DCBA 481430
Lochlan F. Shelfer, DCBA No. 1029799
Gibson, Dunn & Cruther LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955 – 8668
tolson@gibsondunn.com

Daron T. Carreiro
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 305-1117
daron.carreiro@usdoj.gov

DATED this 15th day of March 2022.

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA No. 56817
Assistant Attorney General

STATE DEFENDANTS' REPLY IN
SUPPORT OF MOTION TO TRANSFER
NO. 1:22-CV-00068-FYP

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744