**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAVERICK GAMING, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR, DEB HAALAND,<br>BRYAN NEWLAND, JAY INSLEE,<br>ROBERT FERGUSON, BUD<br>SIZEMORE, JULIA PATTERSON,<br>ALICIA LEVY, KRISTINE REEVES,<br>SARAH LAWSON, STEVE CONWAY,<br>JEFF HOLY, SHELLEY KLOBA,<br>BRANDON VICK, and TINA GRIFFIN,<br><br>                Defendants. | Civil Action NO. 1:22-cv-00068-FYP |

**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION TO STAY**

Having reviewed the State Defendants' Motion to Stay Proceedings and the State Defendants' Reply reflecting the agreement of the parties, it is hereby

**ORDERED** that the State Defendants' Motion to Stay Proceedings is **GRANTED** as follows:

1. The deadlines for all Defendants to respond to the Complaint are stayed.

2. This stay shall remain in place until resolution of the State Defendants' Motion to Transfer Venue (Dkt. 30) and Plaintiff's Motion for Leave to File First Amended Complaint and to Drop the Washington State Defendants (Dkt. 35), after which all remaining parties shall meet and confer to set deadlines for responding to the then-operative complaint and for briefing dispositive motions.

[PROPOSED] ORDER GRANTING
STATE DEFENDANTS' MOTION TO
STAY
NO. 1:22-CV-00068-FYP

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**SO ORDERED** this _____ day of _____ 2022.

_____
The Honorable Florence Y. Pan
United States District Court Judge

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Brian H. Rowe*_____
KRISTIN BENESKI, WSBA No. 45478
First Deputy Attorney General
BRIAN H. ROWE, WSBA No. 56817
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
kristin.beneski@atg.wa.gov
brian.rowe@atg.wa.gov
TERA HEINTZ, WSBA No. 54921
Deputy Solicitor General
1125 Washington Street SE
Olympia, WA 98504-0100
(360) 753-6200
tera.heintz@atg.wa.gov

[PROPOSED] ORDER GRANTING
STATE DEFENDANTS' MOTION TO
STAY
NO. 1:22-CV-00068-FYP

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the law of the District of Columbia, that the

foregoing was electronically filed in the United States District Court for the District of Columbia

and electronically served on the following parties:


Theodore B. Olson, DCBA No.
Matthew D. McGill, DCBA 481430
Lochlan F. Shelfer, DCBA No. 1029799
Gibson, Dunn & Cruther LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955 – 8668
tolson@gibsondunn.com

Daron T. Carreiro
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 305-1117
daron.carreiro@usdoj.gov


DATED this 15th day of March 2022.

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA No. 56817
Assistant Attorney General

[PROPOSED] ORDER GRANTING
STATE DEFENDANTS' MOTION TO
STAY
NO. 1:22-CV-00068-FYP

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744