UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR, DEB HAALAND,<br>BRYAN NEWLAND, JAY INSLEE,<br>ROBERT FERGUSON, BUD<br>SIZEMORE, JULIA PATTERSON,<br>ALICIA LEVY, KRISTINE REEVES,<br>SARAH LAWSON, STEVE CONWAY,<br>JEFF HOLY, SHELLEY KLOBA,<br>BRANDON VICK, and TINA GRIFFIN,<br><br>　　　　　　　Defendants. | Civil Action NO. 1:22-cv-00068-FYP |

## [PROPOSED] ORDER

## ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Having reviewed Plaintiff's Motion for Leave to File First Amended Complaint and to Drop the Washington State Defendants (Motion), the exhibits attached thereto, the State Defendants' Response, any Reply, and the entire record in this matter, and the Court finding itself fully informed, it is hereby:

**ORDERED** that Plaintiff's Motion is **DENIED** insofar as the proposed amended complaint would be subject to dismissal for failure to join the State of Washington pursuant to Rule 19(b).

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT NO. 1:22-CV-00068-FYP

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

[OR IN THE ALTERNATIVE]

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED** for failure to join an indispensable party.

**SO ORDERED** this _____ day of _____ 2022.

_____
The Honorable Florence Y. Pan
United States District Court Judge

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA No. 45478
First Assistant Attorney General
BRIAN H. ROWE, WSBA No. 56817
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
kristin.beneski@atg.wa.gov
brian.rowe@atg.wa.gov
TERA HEINTZ, WSBA No. 54921
Deputy Solicitor General
1125 Washington Street SE
Olympia, WA 98504-0100
(360) 753-6200
tera.heintz@atg.wa.gov

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
NO. 1:22-CV-00068-FYP

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the law of the District of Columbia, that the foregoing was electronically filed in the United States District Court for the District of Columbia and electronically served on the following parties:

Theodore B. Olson, DCBA No.
Matthew D. McGill, DCBA 481430
Lochlan F. Shelfer, DCBA No. 1029799
Gibson, Dunn & Cruther LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955 – 8668
tolson@gibsondunn.com

Daron T. Carreiro
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 305-1117
daron.carreiro@usdoj.gov

DATED this 24th day of March 2022.

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA No. 45478
First Assistant Attorney General

[PROPOSED] ORDER ON PLAINTIFF'S
MOTION FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT
NO. 1:22-CV-00068-FYP

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744