IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 1:22-cv-00068-FYP |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Matthew D. McGill, counsel for Maverick Gaming LLC, respectfully moves this Court for an order admitting Lochlan F. Shelfer to the Bar of this Court, *pro hac vice*, for the purpose of representing Maverick Gaming LLC in this case.  Mr. Shelfer is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Mr. Shelfer to appear before this Court.

Mr. Shelfer is a member in good standing of the Bar of the District of Columbia, and he has not been admitted *pro hac vice* to practice before this Court within the past two years.  A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Shelfer *pro hac vice* in this case.  A proposed order is attached.

1

Dated: April 26, 2022                                    Respectfully submitted,

/s/ *Matthew D. McGill*

MATTHEW D. MCGILL
   D.C. Bar No. 481430
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: 202.887.3680
Email: mmcgill@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that this document has been electronically filed and served using the Court's ECF System on April 26, 2022.

/s/ *Matthew D. McGill*
Matthew D. McGill

*Counsel for Maverick Gaming LLC*