IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Civil Action No. 1:22-cv-00068-FYP |

### DECLARATION OF LOCHLAN F. SHELFER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Lochlan F. Shelfer, declare as follows:

1. I am counsel for Maverick Gaming LLC in this case. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Lochlan Francis Shelfer.

3. I am an associate with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 1050 Connecticut Avenue, N.W., Washington, D.C. 20036. My telephone number is (202) 887-3641.

4. I am admitted and a member in good standing of the Bars of the District of Columbia and the State of Maryland. I am also admitted to practice before the U.S. Courts of Appeals for the First, Second, Fifth, Ninth, and D.C. Circuits, as well as the U.S. District Court for the District of New Mexico. I have submitted an application to admission to practice before this Court, which is currently pending.

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7.  I engage in the practice of law from an office located in the District of Columbia and am a member of the District of Columbia Bar in good standing (Bar No. 1029799). A certificate of good standing is annexed to this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of April, 2022 in Washington, D.C.

Dated: April 26, 2022

Respectfully submitted,

Lochlan F. Shelfer
D.C. Bar No. 1029799
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: 202.887.3641
Email: lshelfer@gibsondunn.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Lochlan Francis Shelfer*

was duly qualified and admitted on December 7, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 26, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.