IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAVERICK GAMING LLC,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, et al.,

    Defendants.

Civil Action No. 1:22-cv-00068-FYP

**[PROPOSED] ORDER**

Having reviewed Matthew D. McGill's Motion for Admission Pro Hac Vice of Lochlan F. Shelfer and the attached Declaration of Lochlan F. Shelfer in Support of Motion for Admission Pro Hac Vice, it is

**ORDERED** that Matthew D. McGill's Motion for Admission Pro Hac Vice of Lochlan F. Shelfer is GRANTED.

**SO ORDERED** this ___ day of _____, 2022.

_____
Florence Y. Pan
United States District Judge