CLOSED,STAYED,TYPE–C

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:22–cv–00068–FYP

MAVERICK GAMING LLC v. UNITED STATES OF AMERICA et al
Assigned to: Judge Florence Y. Pan
Cause: 05:702 Administrative Procedure Act

Date Filed: 01/11/2022
Date Terminated: 04/28/2022
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**MAVERICK GAMING LLC**                    represented by    **Lochlan Francis Shelfer**
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
443–824–2122
Fax: 443–824–2122
Email: lochlan.shelfer@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew D. McGill**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036–5306
(202) 887–3680
Fax: (202) 530–9662
Email: mmcgill@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Theodore B. Olson**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036–5306
(202) 955–8668
Fax: (202) 530–9575
Email: tolson@gibsondunn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**                    represented by    **Daron Tate Carreiro**
U.S. DEPARTMENT OF JUSTICE
ENRD
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 305–1117

Fax: (202) 305–0275
Email: daron.carreiro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca M. Ross**
U.S. DEPARTMENT OF JUSTICE
Indian Resources Section, Environment and
Natural Resources
P.O. Box 7611
Washington, DC 20044
(202) 616–3148
Email: rebecca.ross@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Hoffman**
DOJ–ENRD
Indian Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044
202–598–3147
Email: hillary.hoffman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES DEPARTMENT OF THE INTERIOR** | represented by | **Daron Tate Carreiro** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca M. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **DEB HAALAND** *in her official capacity as Secretary of the Interior* | represented by | **Daron Tate Carreiro** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca M. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Hoffman**
(See above for address)

ATTORNEY TO BE NOTICED

**Defendant**

**BRYAN NEWLAND**
*in his official capacity as Assistant Secretary*
*Indian Affairs*

represented by **Daron Tate Carreiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca M. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAY INSLEE**
*in his official capacity as the Governor of*
*Washington*

represented by **Brian Hunt Rowe**
OFFICE OF ATTORNEY GENERAL/WA
800 Fifth Avenue
Suite 1000
Seattle, WA 98104
206–389–3888
Email: brian.rowe@atg.wa.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin Beneski**
OFFICE OF ATTORNEY GENERAL/WA
800 Fifth Avenue
Suite 2000
Seattle, WA 98104
206–464–7459
Email: kristin.beneski@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Tera M. Heintz**
WASHINGTON STATE ATTORNEY
GENERAL'S OFFICE
Solicitor General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504–0100
360–664–3027
Fax: 360–664–2963
Email: tera.heintz@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT FERGUSON**
*in his official capacity as the Attorney General*

represented by **Brian Hunt Rowe**
(See above for address)

*of Washington*
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kristin Beneski**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Tera M. Heintz**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**BUD SIZEMORE**                          represented by    **Brian Hunt Rowe**
*in his official capacity as Chair of the*                  (See above for address)
*Washington State Gambling Commission*                      *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kristin Beneski**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Tera M. Heintz**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**JULIA PATTERSON**                       represented by    **Brian Hunt Rowe**
*in her official capacity as Vice–Chair of the*             (See above for address)
*Washington State Gambling Commission*                      *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kristin Beneski**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Tera M. Heintz**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**ALICIA LEVY**                           represented by    **Brian Hunt Rowe**
*in her official capacity as Commissioner of the*           (See above for address)
*Washington State Gambling Commission*                      *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kristin Beneski**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Tera M. Heintz
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**KRISTINE REEVES**                    represented by    **Brian Hunt Rowe**
*in her official capacity as Commissioner of the*                     (See above for address)
*Washington State Gambling Commission*                     *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kristin Beneski**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Tera M. Heintz**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**SARAH LAWSON**                    represented by    **Brian Hunt Rowe**
*in her official capacity as Commissioner of the*                     (See above for address)
*Washington State Gambling Commission*                     *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kristin Beneski**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Tera M. Heintz**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**STEVE CONWAY**                    represented by    **Brian Hunt Rowe**
*in his official capacity as ex officio member of*                     (See above for address)
*the Washington State Gambling Commission*                     *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kristin Beneski**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Tera M. Heintz**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

                                    represented by

**JEFF HOLY**
*in his official capacity as ex officio member of*
*the Washington State Gambling Commission*

Brian Hunt Rowe
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Kristin Beneski
(See above for address)
*ATTORNEY TO BE NOTICED*

Tera M. Heintz
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SHELLEY KLOBA**
*in her official capacity as ex officio member of*
*the Washington State Gambling Commission*

represented by    Brian Hunt Rowe
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Kristin Beneski
(See above for address)
*ATTORNEY TO BE NOTICED*

Tera M. Heintz
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRANDON VICK**
*in his official capacity as ex officio member of*
*the Washington State Gambling Commission*

represented by    Brian Hunt Rowe
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Kristin Beneski
(See above for address)
*ATTORNEY TO BE NOTICED*

Tera M. Heintz
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TINA GRIFFIN**
*in her official capacity as Interim Director of*
*the Washington State Gambling Commission*

represented by    Brian Hunt Rowe
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Kristin Beneski
(See above for address)

ATTORNEY TO BE NOTICED

**Tera M. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2022 | ፤ 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ADCDC–8972495) filed by MAVERICK GAMING LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons)(Olson, Theodore) (Entered: 01/11/2022) |
| 01/11/2022 | ፤ 2 | NOTICE of Appearance by Theodore B. Olson on behalf of All Plaintiffs (Olson, Theodore) (Entered: 01/11/2022) |
| 01/11/2022 | ፤ 3 | NOTICE of Appearance by Matthew D. McGill on behalf of All Plaintiffs (McGill, Matthew) (Entered: 01/11/2022) |
| 01/11/2022 | ፤ 4 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MAVERICK GAMING LLC (Olson, Theodore) (Entered: 01/11/2022) |
| 01/11/2022 | ፤ | Case Assigned to Judge Florence Y. Pan. (zsb) (Entered: 01/11/2022) |
| 01/11/2022 | ፤ 5 | CIVIL COVER SHEET by MAVERICK GAMING LLC re 1 Complaint, filed by MAVERICK GAMING LLC. Related document: 1 Complaint, filed by MAVERICK GAMING LLC.(Olson, Theodore) (Entered: 01/11/2022) |
| 01/11/2022 | ፤ 6 | STANDING ORDER: The parties are hereby ORDERED to comply with the directives set forth in the attached Standing Order. See document for details. Signed by Judge Florence Y. Pan on 1/11/2022. (lcsw) (Entered: 01/11/2022) |
| 01/19/2022 | ፤ 7 | SUMMONS (16) Issued Electronically as to All Defendants and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zsb) (Entered: 01/19/2022) |
| 02/04/2022 | ፤ 8 | WAIVER OF SERVICE. JAY INSLEE waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/04/2022) |
| 02/04/2022 | ፤ 9 | WAIVER OF SERVICE. ROBERT FERGUSON waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/04/2022) |
| 02/04/2022 | ፤ 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 01/24/22. (Olson, Theodore) (Entered: 02/04/2022) |
| 02/04/2022 | ፤ 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 1/26/2022. Answer due for ALL FEDERAL DEFENDANTS by 3/27/2022. (Olson, Theodore) (Entered: 02/04/2022) |
| 02/04/2022 | ፤ 12 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF THE INTERIOR served on 1/21/2022 (Olson, Theodore) (Entered: 02/04/2022) |
| 02/04/2022 | ፤ 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEB HAALAND served on 1/21/2022 (Olson, Theodore) (Entered: 02/04/2022) |

| 02/04/2022 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. BRYAN NEWLAND served on 1/21/2022 (Olson, Theodore) (Entered: 02/04/2022) |
| --- | --- | --- |
| 02/11/2022 | 15 | WAIVER OF SERVICE. BUD SIZEMORE waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 16 | WAIVER OF SERVICE. JULIA PATTERSON waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 17 | WAIVER OF SERVICE. ALICIA LEVY waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 18 | WAIVER OF SERVICE. KRISTINE REEVES waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 19 | WAIVER OF SERVICE. SARAH LAWSON waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 20 | WAIVER OF SERVICE. STEVE CONWAY waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 21 | WAIVER OF SERVICE. JEFF HOLY waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 22 | WAIVER OF SERVICE. SHELLEY KLOBA waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 23 | WAIVER OF SERVICE. BRANDON VICK waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 24 | WAIVER OF SERVICE. TINA GRIFFIN waiver sent on 1/21/2022, answer due 3/22/2022. (Olson, Theodore) (Entered: 02/11/2022) |
| 02/11/2022 | 25 | NOTICE of Appearance by Kristin Beneski on behalf of STEVE CONWAY, ROBERT FERGUSON, TINA GRIFFIN, JEFF HOLY, JAY INSLEE, SHELLEY KLOBA, SARAH LAWSON, ALICIA LEVY, JULIA PATTERSON, KRISTINE REEVES, BUD SIZEMORE, BRANDON VICK (Beneski, Kristin) (Entered: 02/11/2022) |
| 02/11/2022 | 26 | NOTICE of Appearance by Hillary Hoffman on behalf of DEB HAALAND, BRYAN NEWLAND, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES OF AMERICA (Hoffman, Hillary) (Entered: 02/11/2022) |
| 02/11/2022 | 27 | NOTICE of Appearance by Daron Tate Carreiro on behalf of DEB HAALAND, BRYAN NEWLAND, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES OF AMERICA (Carreiro, Daron) (Entered: 02/11/2022) |
| 02/18/2022 | 28 | MOTION for Limited Admission *of Brian H. Rowe* by ROBERT FERGUSON. (Beneski, Kristin) (Entered: 02/18/2022) |
| 02/18/2022 | 29 | MOTION for Limited Admission *of Tera Heintz* by ROBERT FERGUSON. (Beneski, Kristin) (Entered: 02/18/2022) |
| 02/22/2022 | | MINUTE ORDER denying 28 MOTION for Limited Admission of Brian H. Rowe under Local Civil Rule 83.2(d). Defendant is directed to proceed in accordance with LCvR 83.2(f), which applies to attorneys employed by a state. Signed by Judge Florence Y. Pan on 2/22/2022. (lcsw) (Entered: 02/22/2022) |
| 02/22/2022 | | MINUTE ORDER denying 29 MOTION for Limited Admission of Tera Heintz under Local Civil Rule 83.2(d). Defendant is directed to proceed in accordance with LCvR 83.2(f), which applies to |

| | | |
|---|---|---|
| | | attorneys employed by a state. Signed by Judge Florence Y. Pan on 2/22/2022. (lcsw) (Entered: 02/22/2022) |
| 02/24/2022 | 30 | MOTION to Transfer Case by STEVE CONWAY, ROBERT FERGUSON, TINA GRIFFIN, JEFF HOLY, JAY INSLEE, SHELLEY KLOBA, SARAH LAWSON, ALICIA LEVY, JULIA PATTERSON, KRISTINE REEVES, BUD SIZEMORE, BRANDON VICK. (Attachments: # 1 Memorandum in Support of Motion to Transfer, # 2 Declaration of Brian H. Rowe ISO Mtn Transfer, # 3 Exhibit Exhibit A to Declaration of Brian H. Rowe)(Beneski, Kristin) (Entered: 02/24/2022) |
| 02/24/2022 | 31 | MOTION to Stay by STEVE CONWAY, ROBERT FERGUSON, TINA GRIFFIN, JEFF HOLY, JAY INSLEE, SHELLEY KLOBA, SARAH LAWSON, ALICIA LEVY, JULIA PATTERSON, KRISTINE REEVES, BUD SIZEMORE, BRANDON VICK. (Attachments: # 1 Memorandum in Support of Motion to Stay)(Beneski, Kristin) (Entered: 02/24/2022) |
| 03/02/2022 | 32 | NOTICE of Appearance by Brian Hunt Rowe on behalf of STEVE CONWAY, ROBERT FERGUSON, TINA GRIFFIN, JEFF HOLY, JAY INSLEE, SHELLEY KLOBA, SARAH LAWSON, ALICIA LEVY, JULIA PATTERSON, KRISTINE REEVES, BUD SIZEMORE, BRANDON VICK (Rowe, Brian) (Entered: 03/02/2022) |
| 03/10/2022 | 33 | NOTICE of Change of Address by Theodore B. Olson (Olson, Theodore) (Entered: 03/10/2022) |
| 03/10/2022 | 34 | ENTERED IN ERROR.....AMENDED COMPLAINT against All Defendants filed by MAVERICK GAMING LLC. (Attachments: # 1 Redline Comparison of Original and Amended Complaint)(Olson, Theodore) Modified on 3/11/2022 (zjf). (Entered: 03/10/2022) |
| 03/10/2022 | 35 | MOTION for Leave to File *First Amended Complaint*, MOTION to Dismiss *Washington State Defendants* by MAVERICK GAMING LLC. (Attachments: # 1 Exhibit First Amended Complaint, # 2 Exhibit Redline Comparison of Original and Amended Complaint)(Olson, Theodore) (Entered: 03/10/2022) |
| 03/10/2022 | 36 | NOTICE of Proposed Order by MAVERICK GAMING LLC re 35 MOTION for Leave to File *First Amended Complaint* MOTION to Dismiss *Washington State Defendants* (Olson, Theodore) (Entered: 03/10/2022) |
| 03/10/2022 | 37 | Memorandum in opposition to re 30 MOTION to Transfer Case filed by MAVERICK GAMING LLC. (Attachments: # 1 Text of Proposed Order)(Olson, Theodore) (Entered: 03/10/2022) |
| 03/11/2022 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 34 Amended Complaint was entered in error and refiled as DE# 35 .(zjf) (Entered: 03/11/2022) |
| 03/15/2022 | 38 | REPLY to opposition to motion re 31 MOTION to Stay filed by STEVE CONWAY, ROBERT FERGUSON, TINA GRIFFIN, JEFF HOLY, JAY INSLEE, SHELLEY KLOBA, SARAH LAWSON, ALICIA LEVY, JULIA PATTERSON, KRISTINE REEVES, BUD SIZEMORE, BRANDON VICK. (Attachments: # 1 Text of Proposed Order Proposed Order on Mtn Stay)(Rowe, Brian) (Entered: 03/15/2022) |
| 03/16/2022 | 39 | ORDER granting 31 Motion to Stay. Signed by Judge Florence Y. Pan on 3/16/2022. (lcsw) (Entered: 03/16/2022) |
| 03/17/2022 | 40 | NOTICE of Appearance by Tera M. Heintz on behalf of STEVE CONWAY, ROBERT FERGUSON, TINA GRIFFIN, JEFF HOLY, JAY INSLEE, SHELLEY KLOBA, SARAH LAWSON, ALICIA LEVY, JULIA PATTERSON, KRISTINE REEVES, BUD SIZEMORE, BRANDON VICK (Heintz, Tera) (Entered: 03/17/2022) |
| 03/17/2022 | 41 | REPLY to opposition re 30 MOTION to Transfer Case , filed by STEVE CONWAY, ROBERT FERGUSON, TINA GRIFFIN, JEFF HOLY, JAY INSLEE, SHELLEY KLOBA, SARAH LAWSON, ALICIA LEVY, JULIA PATTERSON, KRISTINE REEVES, BUD SIZEMORE, |

| | | |
|---|---|---|
| | | BRANDON VICK. (Rowe, Brian) (Entered: 03/17/2022) |
| 03/24/2022 | 42 | RESPONSE re 35 MOTION for Leave to File *First Amended Complaint* MOTION to Dismiss *Washington State Defendants* filed by STEVE CONWAY, ROBERT FERGUSON, TINA GRIFFIN, JEFF HOLY, JAY INSLEE, SHELLEY KLOBA, SARAH LAWSON, ALICIA LEVY, JULIA PATTERSON, KRISTINE REEVES, BUD SIZEMORE, BRANDON VICK. (Attachments: # 1 Text of Proposed Order on Motion to file Amended Complaint)(Beneski, Kristin) (Entered: 03/24/2022) |
| 03/31/2022 | 43 | REPLY to opposition to motion re 35 MOTION for Leave to File *First Amended Complaint* MOTION to Dismiss *Washington State Defendants* filed by MAVERICK GAMING LLC. (Attachments: # 1 Exhibit Exhibit A)(Olson, Theodore) (Entered: 03/31/2022) |
| 04/01/2022 | | NOTICE OF HEARING: Motions Hearing set for 4/28/2022 at 2:00 PM via Zoom videoconference before Judge Florence Y. Pan. (zacr) (Entered: 04/01/2022) |
| 04/21/2022 | 44 | NOTICE of Appearance by Rebecca M. Ross on behalf of DEB HAALAND, BRYAN NEWLAND, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES OF AMERICA (Ross, Rebecca) (Entered: 04/21/2022) |
| 04/26/2022 | 45 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Lochlan F. Shelfer, Filing fee $ 100, receipt number ADCDC–9197058. Fee Status: Fee Paid. by MAVERICK GAMING LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(McGill, Matthew) (Entered: 04/26/2022) |
| 04/27/2022 | | MINUTE ORDER granting 45 MOTION for Leave to Appear Pro Hac Vice. It is hereby ORDERED that Lochlan F. Shelfer is admitted pro hac vice in this matter as counsel for Plaintiff Maverick Gaming LLC. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Florence Y. Pan on 4/27/2022. (lcsw) (Entered: 04/27/2022) |
| 04/28/2022 | 46 | NOTICE of Appearance by Lochlan Francis Shelfer on behalf of MAVERICK GAMING LLC (zjf) (Entered: 04/28/2022) |
| 04/28/2022 | | Minute Entry for proceedings held before Judge Florence Y. Pan: Motion Hearing held via video on 4/28/2022 re 30 MOTION to Transfer Case and 35 MOTION for Leave to File *First Amended Complaint*. Oral arguments heard. 30 Motion to Transfer Case is GRANTED. This case will be transferred to the Western District of Washington. 35 MOTION for Leave to File *First Amended Complaint* will be addressed by the transferee court. Transfer due by 5/8/2022. (Court Reporter Nancy Meyer.) (zacr) (Entered: 04/28/2022) |