**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE
TACOMA, WA 98402

Re:   MAVERICK GAMING LLC V. UNITED STATES OF AMERICA ET AL   3:22–cv–05325–DGE

Dear Counsel:

The above referenced case has been transferred to the Western District of Washington from District of Columbia on May 9, 2022 as cause number 3:22–cv–05325–DGE. This case has been assigned to the Honorable David G. Estudillo.

Pursuant to LCR 83.1(d)(1)*, you are required to associate local counsel in this district. After completing the Application for Leave to Appear Pro Hac Vice found on the court's website, please contact local counsel so that they can file it electronically on your behalf and pay the required $238.00 fee. Once your application has been filed by local counsel, please review the Pro Hac Vice instructions on the Court's website and complete all additional requirements.

If you do not intend to appear in this case, please call the Tacoma Case Administrator's Team at 253–882–3802.

If a motion is pending and undecided at the time of transfer, the moving party must note it for consideration on the court's calendar in accordance with LCR 7(d).

**After this letter, you will not receive further notification of activity in this case until the local attorney files an Application for Leave to Appear Pro Hac Vice on your behalf and all other requirements have been met.**

Thank you for your cooperation.

Sincerely,


Ravi Subramanian, Clerk of Court

  s/Ann M Duke
  Deputy Clerk

---

*Admission Pro Hac Vice. Any member in good standing of the bar of any court of the United States, or of the highest court of any state, or of any organized territory of the United States, and who neither resides nor maintains an office for the practice of law in the Western District of Washington normally will be permitted upon application and upon a showing of particular need to appear and participate in a particular case *pro hac vice*. The party must also be represented by local counsel, who shall fulfill the responsibilities set forth below. Attorneys who are admitted to the bar of this court but reside outside the district need not associate with local counsel.

An application for leave to appear *pro hac vice* shall be promptly filed with the clerk and shall set forth: (1) the name and address of the applicant's law firm; (2) the basis upon which "particular need" is claimed; (3) a statement that the applicant understands that he or she is charged with knowing and complying with all applicable local rules; (4) a statement that the applicant has not been disbarred or formally censured by a court of record or by a state bar association; and (5) a statement that there are no pending disciplinary proceedings against the applicant. This application, which can be downloaded from the court's website, must be filed electronically by local counsel. Applications filed under this rule will be approved or disapproved by the clerk. Per LCR 83.1(d)(1)