THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAVERICK GAMING LLC,

              Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

              Defendants.

No. 22-cv-05325 DGE

**NOTICE OF APPEARANCE**

[CLERK'S ACTION REQUIRED]

TO:    Clerk of the Court

TO:    Parties and their counsel

       Please take note that the undersigned appears as attorney of record for plaintiff Maverick Gaming LLC and requests that service of all papers and pleadings herein, except original process, be made upon the undersigned attorney.  This Notice of Appearance does not waive any objections as to improper service or jurisdiction.

//

//

//

//

1

NOTICE OF APPEARANCE
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550

DATED May 12, 2022.

**BRENNAN LEGAL, PLLC**

*/s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA  98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com

*Attorney for Plaintiff Maverick Gaming LLC*

NOTICE OF APPEARANCE
(3:22-cv-05325 DGE)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically

filed with the Clerk of the Court using the CM/ECF system which sends notification of the filing

to all counsel of record.

DATED May 12, 2022.

*/s/ Thomas M. Brennan*
Thomas M. Brennan

NOTICE OF APPEARANCE
(3:22-cv-05325 DGE)

3