THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 22-cv-05325 DGE<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MAVERICK GAMING LLC** |

Pursuant to Fed. R. Civ. P. 7.1 and Local CR 7.1, plaintiff Maverick Gaming LLC discloses that it has no partners, no parent corporation, and no publicly held corporation owns more than ten percent of stock. It has neither a corporate member nor a member in a joint venture or limited liability company.

//
//
//
//
//
//

1

CORPORATE DISCLOSURE STATEMENT
OF MAVERICK GAMING LLC
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

DATED May 12, 2022.

**BRENNAN LEGAL, PLLC**

*/s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA 98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com

*Attorney for Plaintiff Maverick Gaming LLC*

2

CORPORATE DISCLOSURE STATEMENT
OF MAVERICK GAMING LLC
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of the filing to all counsel of record.

DATED May 12, 2022.

/s/ Thomas M. Brennan
Thomas M. Brennan

3

CORPORATE DISCLOSURE STATEMENT
OF MAVERICK GAMING LLC
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550