

# United States District Court
## Western District of Washington

| | |
|---|---|
| **MAVERICK GAMING LLC** | Case Number: **22-cv-05325 DGE** |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| **UNITED STATES OF AMERICA, et al.** | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

**Theodore B. Olson** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Maverick Gaming LLC

The particular need for my appearance and participation is:

My firm has been retained by Maverick Gaming LLC to represent its interests in this matter and to manage its litigation among multiple federal and state agencies.

I, **Theodore B. Olson** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 12, 2022**         Signature of Applicant: s/ **Theodore B. Olson**

**Pro Hac Vice Attorney**

Applicant's Name: Theodore B. Olson
Law Firm Name: Gibson Dunn & Crutcher, LLP
Street Address 1: 1050 Connecticut Avenue, NW
Address Line 2:
City: Washington  State: DC  Zip: 20036-5306
Phone Number w/ Area Code: 202-955-8500  Bar #: 367456  State: DC
Primary E-mail Address: tolson@gibsondunn.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant **Theodore B. Olson** is unable to be present upon any date assigned by the court.

Date: May 12, 2022  Signature of Local Counsel: s/ Thomas M. Brennan

Local Counsel's Name: Thomas M. Brennan
Law Firm Name: Brennan Legal, PLLC
Street Address 1: 144 Railroad Avenue S., Suite 308
Address Line 2:
City: Edmonds  State: WA  Zip: 98020
Phone Number w/ Area Code: 425-967-3550  Bar #: 30662



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27, 2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed **May 12, 2022**  Signature s/ **Theodore B. Olson**
(Pro Hac Vice applicant name)