THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. 22-cv-05325 DGE<br><br>**MAVERICK GAMING LLC NOTICE TO WITHDRAW PENDING MOTION** |

TO:　　Clerk of the Court

TO:　　Parties and their counsel

　　On March 10, 2022, plaintiff Maverick Gaming LLC filed a Motion for Leave to File First Amended Complaint. *See* Dkt. # 35. The motion was filed in the District Court for the District of Columbia. It has not been noted on the calendar for the District Court for the Western District of Washington.

　　Consistent with Local CR 7(l), Maverick Gaming LLC provides notice that it hereby withdraws the aforementioned motion and will not note the motion for consideration by this Court.

1

NOTICE TO WITDRAW
PENDING MOTION
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

1 DATED May 19, 2022.

**BRENNAN LEGAL, PLLC**

By: *s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA 98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com


**GIBSON, DUNN & CRUTCHER LLP**

By: *s/Theodore B. Olson*
By: *s/Mathew D. McGill*
By: *s/Lochlan F. Shelfer*
Theodore B. Olson, D.C. Bar No. 367456
Mathew D. McGill, D.C. Bar No. 481430
Lochlan F. Shelfer, D.C. Bar No. 1029799
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-5303
Phone: (202 955-8668
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com
Email: lshelfer@gibsondunn.com

*Attorneys for Plaintiff Maverick Gaming LLC*

2

NOTICE TO WITDRAW
PENDING MOTION
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of the filing to all counsel of record.

DATED May 19, 2022.

/s/ Thomas M. Brennan
Thomas M. Brennan

3

NOTICE TO WITDRAW
PENDING MOTION
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550