AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Maverick Gaming, LLC, )<br>*Plaintiff* )<br>v. )<br>United States of America et al., )<br>*Defendant* ) | Case No. 3:22-cv-05325-DGE |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Inslee, Ferguson, Sizemore, Patterson, Levy, Reeves, Lawson, Conway, Holy, Kloba, and Vick.

Date: 06/21/2022

/s/ William McGinty
*Attorney's signature*

William McGinty, WSBA No. 41868
*Printed name and bar number*
Attorney General of Washington
7141 Cleanwater Drive SW
P.O. Box 40111
Tumwater, WA 98501
*Address*

william.mcginty@atg.wa.gov
*E-mail address*

(360) 709-6470
*Telephone number*

*FAX number*