**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

July 5, 2022

**MAVERICK GAMING LLC V. UNITED STATES OF AMERICA ET AL**
Case # 3:22−cv−05325−DGE

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

      **Additional Notes:** All named defendants must appear on the face page of the complaint.
      Please refer to FRCP 10(a).

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file