THE HONORABLE DAVID G. ESTUDILLO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 3:22-CV-05325-DGE<br><br>**Notice of Filing of the Certified Administrative Record** |

Pursuant to the stipulated scheduled approved by the Court, Federal Defendants the United States of America et al. hereby file the Certified Administrative Record. The certification for the Administrative Record, together with an Index, are attached hereto.

The Administrative Record consists of 71 Bates-stamped documents, which are filed concurrently herewith through the ECF system as exhibits to this Notice.

DATED: July 15, 2022.

                                                Respectfully submitted,
                                                TODD KIM
                                                Assistant Attorney General
                                                Environment and Natural Resources Division

-1-

| | |
|---|---|
| Certified Administrative Record<br>(3:22-CV-5325-DGE) | U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 616-3148 |

| | |
|---|---|
| JODY H. SCHWARZ<br>Senior Attorney<br>U.S. Department of the Interior<br>Office of the Solicitor<br>Division of Indian Affairs | /s/ *Rebecca M. Ross*<br>HILLARY K. HOFFMAN, Trial Attorney<br>REBECCA M. ROSS, Senior Attorney<br>Indian Resources Section<br>Environment and Natural Resources Division<br>United States Department of Justice |

*Attorneys for the United States*

-2-

Certified Administrative Record
(3:22-CV-5325-DGE)

U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 616-3148

**CERTIFICATE OF SERVICE**

I, Rebecca M. Ross, hereby certify that on July 15, 2022, I caused the foregoing NOTICE OF FILING OF THE CERTIFIED ADMINISTRATIVE RECORD to be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Rebecca M. Ross*
REBECCA M. ROSS, Senior Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice

THE HONORABLE DAVID G. ESTUDILLO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

MAVERICK GAMING LLC,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 3:22-CV-05325-DGE

**Federal Defendants' Certification of the Administrative Record**

I, Paula L. Hart, hereby declare, and state as follows:

1. I am the Director of the Office of Indian Gaming (OIG) at the United States Department of the Interior (Department). I have held this position since 2010. The Secretary of the Interior (Secretary) has delegated her authority pertaining to Indian Affairs matters to the Assistant Secretary–Indian Affairs (Assistant Secretary). The Assistant Secretary has delegated certain Indian gaming-related matters to OIG's Director, who is the most senior official in OIG.

2. As the Director, I am responsible for, among other things, the collection and maintenance of documents related to the Department's decisions to approve, disapprove, or allow to be approved by operation of law tribal-state gaming compacts and gaming amendments.

-1-

Federal Defendants' Certification of the
Administrative Record
(3:22-CV-5325-DGE)

U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 616-3148

3. On various dates in 2021 and 2022, OIG received executed Compact Amendments between the State of Washington and the following eighteen (18) Indian tribes: Swinomish Indian Tribal Community, Port Gamble S'Klallam Tribe, Muckleshoot Indian Tribe, Lummi Nation, Cowlitz Indian Tribe, Jamestown S'Klallam Tribe, Kalispel Tribe of Indians, Confederated Tribes of the Colville Reservation, Shoalwater Bay Indian Tribe, Snoqualmie Indian Tribe, Spokane Tribe of Indians, Stillaguamish Tribe of Indians, Puyallup Tribe of Indians, Squaxin Island Tribe, Tulalip Tribe of Washington, Nisqually Tribe, Suquamish Indian Tribe of the Port Madison Reservation, and Sauk-Suiattle Indian Tribe, which were submitted to the Secretary for her approval under the Indian Gaming Regulatory Act (IGRA), 25 U.S.C. § 2710(d)(8). The Secretary approved each of the Compact Amendments for the eighteen Tribes within the forty-five day review period allowed under IGRA. Following their approval, the Assistant Secretary published notices announcing the approvals in the *Federal Register*.

4. I certify that the documents contained in the attached index constitute, to the best of my knowledge, the complete administrative record with respect to this matter.

Pursuant to 28 U.S.C. § 1746, I, Paula L. Hart, declare under penalty of perjury that under the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2022.

PAULA HART
Digitally signed by PAULA HART
Date: 2022.07.15 10:00:32 -04'00'

Paula L. Hart, Director
Office of Indian Gaming
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**Maverick Gaming LLC v. United States et al.**
**Case No. 3:22-CV-5325-DGE**
**Administrative Record**

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0000001 | 14-Jan-21 | Tara Sweeney, Assistant Secretary - Indian Affairs | Hon. Philip Harju, Chairman, Cowlitz Indian Tribe | Letter approving compact amendment between the Cowlitz Indian Tribe and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000022 | 12-Jan-21 | Federal Register Notice | | Federal Register Notice of approval of Tribal-State Class III Gaming Compact between the Cowlitz Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000024 | 6-Jul-21 | Lummi Nation; State of Washington | | Compact amendment for Class III gaming between the Lummi Nation and the State of Washington |
| Maverick_v_DOI_0000047 | 24-Aug-21 | Shannon C. Thomas, Senior Staff Attorney, Office of Reservation Attorney, the Confederated Tribes of the Colville Reservation | Paula Hart, Director, Office of Indian Gaming | Letter requesting review of compact amendment between the Confederated Tribes of the Colville Reservation and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000073 | 24-Aug-21 | Hon. Glen Nenema, Chairman, Kalispel Tribe of Indians | Paula Hart, Director, Office of Indian Gaming | Letter requesting review of compact amendment between the Kalispel Tribe of Indians and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000103 | 24-Aug-21 | James Anderson, Director, Shoalwater Bay Tribal Gaming Commission | Paula Hart, Director, Office of Indian Gaming | Letter requesting review of compact amendment between the Shoalwater Bay Indian Tribe and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000131 | 10-Sep-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Andy Joseph, Jr., Chairman, Confederated Tribes of the Colville Reservation; Hon. Jay Inslee, Governor, State of Washington | Letters approving compact amendment between the Confederated Tribes of the Colville Reservation and the State of Washington and the compact amendment |

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0000135 | 10-Sep-21 | Bryan Newland, Assistant Secretary - Indian Affiars | Hon. Glen Nenema, Chairman, Kalispel Indian Community; Hon. Jay Inslee, Governor, State of Washington | Letters approving compact amendment between the Kalispel Indian Community and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000139 | 10-Sep-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Charlene Nelson, Chairman, Shoalwater Bay Indian Tribe; Hon. Jay Inslee, Governor, State of Washington | Letters approving compact amendment between the Shoalwater Bay Indian Tribe and the State of Washington and the compact amedment |
| Maverick_v_DOI_0000143 | 15-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of amendments to the Tribal-State Class III gaming compacts between the Confederated Tribes of the Colville Reservation and the State of Washington, and the Shoalwater Bay Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000144 | 15-Sep-21 | Federal Register Notice | | Federal Register Notice for approval of amendments to Tribal-State Class III gaming compacts between the Confederated Tribes of the Colville Reservation and the State of Washington, and the Shoalwater Bay Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000145 | 15-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of amendment to Tribal-State Class III gaming compact between the Kalispel Tribe of Indians and the State of Washington |
| Maverick_v_DOI_0000146 | 5-Nov-21 | Hon. Jay Inslee, Governor, State of Washington | Hon. Lawrence Solomon, Chairman, Lummi Nation | Letter regarding automatic amendment to gaming compact between the Lummi Nation and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000149 | 20-Dec-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Lawrence Solomon, Chairman, Lummi Tribe; Hon. Jay Inslee, Governor, State of Washington | Letters approving amendment to gaming compact between the Lummi Tribe and the State of Washington |

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0000152 | 22-Dec-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. W. Ron Allen, Chairman, Jamestown S'Kallam Tribe | Letter approving amendment to gaming compact between the Jamestown S'Kallam Tribe and the State of Washington and compact amendment |
| Maverick_v_DOI_0000176 | 27-Dec-21 | Federal Register Notice | | Federal Register Notice of approval of amendment to Tribal-State Class III gaming compact between the Lummi Nation and the State of Washington |
| Maverick_v_DOI_0000178 | 28-Dec-21 | Federal Register Notice | | Federal Register Notice of amendment to Tribal-State Class III gaming compact between the Jamestown S'Klallam Tribe and the State of Washington |
| Maverick_v_DOI_0000179 | 22-Dec-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jeromy Sullivan, Chairman, Port Gamble S'Klallam Tribe | Letter approving amendment to the compact between the Port Gamble S'Klallam Tribe and the State of Washington |
| Maverick_v_DOI_0000205 | 28-Dec-21 | Federal Register Notice | | Federal Register notice of approval of the Memorandum of Incorporation of Most Favored Nation Amendments to the Tribal-State Class III gaming (amendment) between the Port Gamble S'Klallam Tribe and the State of Washington |
| Maverick_v_DOI_0000206 | 15-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of the Sixth Amendment to the Tribal-State Class III gaming compact between the Muckleshoot Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000209 | 12-Jul-21 | Tina Griffin, Interim Director, State of Washington Gambling Comission | Hon. Teri Gobin, Chairwoman, Tulalip Tribes of Washington | Letter from State of Washington Gambling Commission regarding amendment to Class III gaming compact with the Tulalip Tribes of Washington and Tenth Amendment to gaming compact |
| Maverick_v_DOI_0000245 | 13-Jul-21 | Nathan Schreiner, Squaxin Island Legal Department | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of the Sixth Amendment to the Class III gaming compact between the Squaxin Island Tribe and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000273 | 15-Jul-21 | Hon. Bill Sterud, Chairman, Puyallup Tribe of Indians | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of the Sixth Amendment to Tribal-State Class III gaming compact between the Puyallup Tribe of Indians and the State of Washington and the compact amendment |

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0000351 | 20-Jul-21 | Amanda Isbell, Paralegal, Wheat Law Offices | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of amendment to the Tribal-State Class III gaming compact between the Spokane Tribe of Indians and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000378 | 13-Jul-21 | Ed Clay Goodman, Hobbs, Straus, Dean, & Walker | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of amendment to the Tribal-State Class III gaming compact between the Snoqualmie Indian Tribe and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000406 | 14-Jul-21 | Edward J. Wurtz, General Counsel, Stillaguamish Tribe of Indians | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of amendment to the Tribal-State Class III gaming compact between the Stillaguamish Tribe of Indians and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000641 | 1-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of Fifth Amendment to the Tribal-State Class III gaming compact between the Lummi Nation and the State of Washington |
| Maverick_v_DOI_0000643 | 1-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of Fourth Amendment to Tribal-State Class III gaming compact between the Suquamish Tribe and the State of Washington |
| Maverick_v_DOI_0000645 | 1-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of the Sixth Amendment to the Tribal-State Class III gaming compact between the Squaxin Island Tribe and the State of Washington |
| Maverick_v_DOI_0000646 | 1-Sep-21 | Federal Register Notice | | Federal Register notice of approval of the Tenth Amendment to the Tribal-State Class III gaming compact between the Tulalip Tribes of Washington and the State of Washington |
| Maverick_v_DOI_0000647 | 1-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of Third Amendment to the Tribal-State Class III gaming compact between the Spokane Tribe and the State of Washington |

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0000649 | 1-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of the Third and Fourth Amendments to the Tribal-State Class III gaming compact between the Stillaguamish Tribe of Indians and the State of Washington |
| Maverick_v_DOI_0000650 | 1-Sep-21 | Federal Register Notice | | Federal Register Notice of the approval of the Sixth Amendment to the Tribal-State Class III gaming compact between the Puyallup Tribe of Indians and the State of Washington |
| Maverick_v_DOI_0000651 | 13-Jul-21 | Hon. Lawrence Solomon, Chairman, Lummi Nation | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of amendment to the Tribal-State Class III gaming compact between the Lummi Nation and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000703 | 20-Dec-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Lummi Tribe and the State of Washington |
| Maverick_v_DOI_0000704 | 20-Dec-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Lawrence Solomon, Chairman, Lummi Tribe | Letter approving amendment to Tribal-State Class III gaming compact between Lummi Tribe and the State of Washington |
| Maverick_v_DOI_0000705 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Lummi Tribe and the State of Washington |
| Maverick_v_DOI_0000706 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Lawrence Solomon, Chairman, Lummi Tribe | Letter approving amendment to Tribal-State Class III gaming compact between Lummi Tribe and the State of Washington |
| Maverick_v_DOI_0000707 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Puyallup Tribe of the Puyallup Reservation and the State of Washington |
| Maverick_v_DOI_0000708 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Bill Sterud, Chairman, Puyallup Tribe of the Puyallup Reservation | Letter approving amendment to Tribal-State Class III gaming compact between Puyallup Tribe of the Puyallup Reservation and State of Washington |

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0000709 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Snoqualmie Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000710 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Robert De Los Angeles, Chairman, Snoqualmie Indian Tribe | Letter approving amendment to Tribal-State Class III gaming compact between the Snoqualmie Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000711 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Spokane Tribe of the Spokane Reservation and the State of Washington |
| Maverick_v_DOI_0000712 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Carol Evans, Chairwoman, Spokane Tribe of the Spokane Reservation | Letter approving amendment to Tribal-State Class III gaming compact between the Spokane Tribe of the Spokane Reservation and the State of Washington |
| Maverick_v_DOI_0000713 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Squaxin Island Tribe of the Squaxin Island Reservation and the State of Washington |
| Maverick_v_DOI_0000714 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Kristopher Peters, Chair, Squaxin Island Tribe of the Squaxin Island Reservation | Letter approving amendment to Tribal-State Class III gaming compact between the Squaxin Island Tribe of the Squaxin Island Reservation and the State of Washington |
| Maverick_v_DOI_0000715 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Tulalip Tribes of Washington and the State of Washington |
| Maverick_v_DOI_0000716 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Teri Gobin, Chair, Tulalip Tribes of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Tulalip Tribes of Washington and the State of Washington |
| Maverick_v_DOI_0000717 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Stillaguamish Indian Tribe of Washington and the State of Washington |

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0000718 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Shawn Yanity, Chairman, Stillaguamish Tribe of Indians of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Stillaguamish Tribe of Indians of Washington and the State of Washington |
| Maverick_v_DOI_0000719 | 10-Sep-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jaison Elkins, Chairman, Muckleshoot Indian Tribe; Hon. Jay Inslee, Governor, State of Washington | Letters approving amendment to Tribal-State Class III gaming compact between the Muckleshoot Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000723 | 24-Aug-21 | Hon. Jaison Elkins, Chairman, Muckleshoot Indian Tribe | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of sixth amendment to Tribal-State Class III gaming compact between he Muckleshoot Indian Tribe and the State of Washington and the compact amendment |
| Maverick_v_DOI_0000750 | 14-Jun-22 | Federal Register Notice | | Federal Register Notice of approval of the Third Amendment to the Tribal-State Class III gaming compact between the Sauk-Suiattle Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000751 | 26-Apr-22 | Hon. Nino Maltos II, Chairman, Sauk-Suiattle Indian Tribe | Bryan Newland, Assistant Secretary - Indian Affairs | Letter requesting approval of amendment to Tribal-State Class III gaming compact between the Sauk-Suiattle Indian Tribe and the State of Washington and compact amendment |
| Maverick_v_DOI_0000783 | 7-Jun-22 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Nino Maltos II, Chairperson, Sauk-Suiattle Indian Tribe; Hon. Jay Inslee, Governor, State of Washington | Letters approving amendment to Tribal-State Class III gaming compact between the Sauk-Suiattle Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000787 | 28-Jun-22 | Nisqually Indian Tribe; State of Washington | | Fourth Amendment to the Tribal-State Compact for Class III Gaming Between the Nisqually Indian Tribe and the State of Washington |

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0000788 | 28-Jun-22 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Nisqually Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000789 | 28-Jun-22 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. William Frank III, Chairman, Nisqually Indian Tribe | Letter approving amendment to Tribal-State Class III gaming compact between the Nisqually Indian Tribe and the State of Washington |
| Maverick_v_DOI_0000790 | 20-May-22 | David A. Wolff, Tribal Attorney, Nisqually Indian Tribe | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of amendment to the Tribal-State Class III gaming compact between the Nisqually Indian Tribe and the State of Washington and the compact amendment |
| Maverick_v_DOI_0001047 | 5-Jul-22 | Federal Register Notice | | Federal Register Notice of the approval of the Fourth Amendment to the Tribal-State Class III gaming compact between the Nisqually Indian Tribe and the State of Washington |
| Maverick_v_DOI_0001048 | 12-Jul-21 | Edward Fleisher, Attorney, Cowlitz Indian Tribe | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of amendment to the Tribal-State Class III gaming compact between the Cowlitz Indian Tribe and the State of Washington and the compact amendment |
| Maverick_v_DOI_0001075 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendment to Tribal-State Class III gaming compact between the Cowlitz Indian Tribe and the State of Washington |
| Maverick_v_DOI_0001076 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. David E. Barnett, Chairman, Cowlitz Indian Tribe | Letter approving amendment to Tribal-State Class III gaming compact between the Cowlitz Indian Tribe and the State of Washington |
| Maverick_v_DOI_0001077 | 1-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of the Third Amendment to the Tribal-State Class III gaming compact between the Cowlitz Indian Tribe and the State of Washington |
| Maverick_v_DOI_0001078 | 15-Sep-21 | Rachel Sage, Tribal Attorney, Swinomish Indian Tribal Community | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of amendment to the Tribal-State Class III gaming compact between the Swinomish Indian Tribal Community and the State of Washington and the compact amendment |

| Beginning Bates Number | Date | Sender | Recipient | Document Description |
|---|---|---|---|---|
| Maverick_v_DOI_0001107 | 22-Oct-21 | Federal Register Notice | | Federal Register Notice of approval of the Seventh Amendment to the Tribal-State Class III gaming compact between the Swinomish Indian Tribal Community and the State of Washington |
| Maverick_v_DOI_0001108 | 19-Oct-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Steve Edwards, Chairman, Swinomish Indian Tribal Community; Hon. Jay Inslee, Governor, State of Washington | Letters approving amendment to Tribal-State Class III gaming compact between the Swinomish Indian Tribal Community and the State of Washington |
| Maverick_v_DOI_0001111 | 13-Jul-21 | Devon Tiam, General Counsel, Port Madison Enterprises, an Agency of the Suquamish Tribe | Paula Hart, Director, Office of Indian Gaming | Letter requesting approval of amendments to the Tribal-State Class III gaming compact between the Suquamish Indian Tribe of the Port Madison Reservation and the State of Washington and the compact amendment |
| Maverick_v_DOI_0001159 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Jay Inslee, Governor, State of Washington | Letter approving amendments to Tribal-State Class III gaming compact between the Suquamish Indian Tribe of the Port Madison Reservation and the State of Washington |
| Maverick_v_DOI_0001160 | 26-Aug-21 | Bryan Newland, Assistant Secretary - Indian Affairs | Hon. Leonard Forsman, Chairman, Suquamish Indian Tribe of the Port Madison Reservation | Letter approving amendments to Tribal-State Class III gaming compact between the Suquamish Indian Tribe of the Port Madison Reservation and the State of Washington |
| Maverick_v_DOI_0001161 | 1-Sep-21 | Federal Register Notice | | Federal Register Notice of approval of the Fourth Amendment and the Fifth Amendment to the Tribal-State Class III gaming compact between the Suquamish Indian Tribe of the Port Madison Reservation and the State of Washington |