Exhibit B-3



LEADERSHIP          LOCATIONS          WASHINGTON

MAVERICK CARES          CAREERS          RELEASES

June 14, 2019

# MAVERICK GAMING™ CLOSES PURCHASE OF NEVADA GOLD (NYSE: UWN)

## MAVERICK GAMING™ CLOSES PURCHASE OF NEVADA GOLD (NYSE: UWN)

Seattle, WA – June 14th, 2019 – Maverick Gaming, LLC ("Maverick") and Nevada Gold &

Case 3:22-cv-05325-DGE   Document 68-5   Filed 08/03/22   Page 3 of 12

Seattle, WA – June 14th, 2019 – Maverick Gaming LLC ("Maverick") and Nevada Gold & Casinos, Inc. (NYSE: UWN) announce the closing of Maverick's purchase of Nevada Gold.

Maverick Gaming and Nevada Gold & Casinos, Inc. (NYSE: UWN) ("Nevada Gold") announced that on Friday, June 14, 2019, Maverick completed the purchase of Nevada Gold via merger between Nevada Gold and a wholly owned subsidiary of Maverick established for that purpose at a final price of $2.559333 for each share of Nevada Gold common stock.

The purchase includes nine card rooms in Washington, with seven in the Seattle area.

"With this purchase, Maverick begins its journey into Washington.  This purchase coupled with the three card rooms we are in the process of purchasing from Great American Gaming will give us twelve card rooms and a significant foothold in this market" said Eric Persson, majority owner of Maverick Gaming.  "We intend to close the Great American purchase by the end of June, and in fact are looking forward to announcing several other acquisitions in the very near future."

Each of the card rooms in Washington are eligible for fifteen table games.  "This purchase gives Maverick 135 table games in this market, and as important a platform for Maverick to grow in this State," added Tim Merrill, the President of Maverick Washington.  "We look forward to raising the bar by building entertainment destinations that table games will be an element of.  It's no secret that Maverick has over 1200 hotel rooms, and we look forward to adding more and integrating, hotels, food, entertainment and gaming into the same locals' space," added Mr. Merrill.

"Our cardrooms are neighborhood hangouts, and we look forward to applying our extensive locals experience as we begin to compete in this market," added Mr. Merrill.

"Growing up in Hoquiam Washington, and as a member of the Shoalwater Tribe I couldn't be more excited to be back home," added Mr. Persson.

As a result of the closing, Nevada Gold's common stock will be suspended from the NYSE after the close today and subsequently deregistered under the Securities Exchange Act of 1934, as amended (the "Exchange Act").  Following delisting from NYSE, Nevada Gold's common stock will not trade on any exchange.  Nevada Gold also intends to suspend its reporting obligations under the Exchange Act, which it will be able to do because, following the merger, Maverick is the sole shareholder of Nevada Gold.

## Leave A Comment

Comment...

Name (require   Email (require   Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

## Related Posts



LEADERSHIP        LOCATIONS        WASHINGTON

MAVERICK CARES        CAREERS        RELEASES        

━━━━━━━ June 27, 2019 ━━━━━━━

# MAVERICK GAMING™ CLOSES PURCHASE OF GREAT AMERICAN GAMING

## MAVERICK GAMING™ CLOSES PURCHASE OF GREAT AMERICAN GAMING

*Acquisition includes three properties in greater Seattle area.*

LAS VEGAS, NV – June 27th, 2019 – Maverick Gaming LLC ("Maverick" or "Maverick Gaming") today announced they purchased all of the shares and assets of Great American Gaming Corporation ("GAG", a US affiliate of Great Canadian Gaming Corporation).  The assets include three cardrooms located in Everett, Tukwila and Lakewood.  The transaction includes 45 table games, four restaurants, three bars and supporting amenities.  The purchase price was $56 million dollars.

"With the closing of this purchase, Maverick's footprint in Washington continues to grow.  We now have twelve properties, nearly 180 table games in this important market" said Eric Persson, majority owner of Maverick Gaming.

"In the next month we expect to give details on seven more Washington properties, and we look forward to competing in this robust market" said Tim Merrill, President of Maverick Washington.  "With 4.6 million residents, and a strong local economy, we couldn't be more excited to close this transaction."

"As a Washington native, and a member of the Shoalwater Tribe, I couldn't be prouder to be able to come back home.  When all of our contemplated Washington transactions close we will provide over 3,000 jobs which have annual compensation above $75,000 and pay over $40 million in annual taxes.  This is truly a dream come true" added Mr. Persson.

Maverick intends to fund this GAG transaction primarily with cash on hand and debt financing from HG Vora Capital Management, a private investment firm.

Leave A Comment



LEADERSHIP        LOCATIONS        WASHINGTON

MAVERICK CARES        CAREERS        RELEASES        

August 19, 2019

# MAVERICK GAMING™ ANNOUNCES PURCHASE OF FIVE WASHINGTON AREA CASINOS

## MAVERICK GAMING™ ANNOUNCES PURCHASE OF FIVE WASHINGTON AREA CASINOS

LAS VEGAS, NV – August 19th, 2019 – Maverick Gaming LLC ("Maverick" or "Maverick Gaming") today announced the signing of a definitive purchase agreement for the Macau Casino in Lakewood, the Macau Casino in Tukwilla, the Caribbean Casino in Kirkland and the Caribbean Cardroom in Kirkland, and the Caribbean Casino in Yakima.

"This purchase gives Maverick eighteen card rooms in Washington and nearly 275 table games in that market" said Eric Persson, Owner of Maverick Gaming.

"In the next month we expect to give details on another five Washington properties, and will begin to outline our growth strategy which includes a comprehensive entertainment product inclusive of restaurants, hotel rooms, meeting space and of course table games" said Mr. Persson.

"We are quickly becoming an employer of choice in Washington. With over 3,000 jobs – which have an average salary above $75,000 and great benefits, we have a great team and are looking forward to investing another $100 million into this State over the next few years" said Tim Merrill, President of Maverick Washington.

"Growing up in Hoquiam Washington, and as a member of the Shoalwater Bay Nation, I never dreamed an opportunity like this would one day exist. In my case, it's definitely true that you can come home again" said Mr. Persson.

This transaction is expected to close in the next month, pending Washington State Gambling Commission approval. Terms of the transaction were not disclosed.

Maverick intends to fund this transaction primarily with cash on hand and debt financing from HG Vora Capital Management, a private investment firm.

ABOUT MAVERICK GAMING LLC

Maverick Gaming is majority owned and was founded by gaming industry veterans Eric

Case 3:22-cv-05325-DGE   Document 68-5   Filed 08/03/22   Page 9 of 12

Persson, who previously served as Global SR Vice President of Slots at Las Vegas Sands and Justin Beltram, former Vice President of Slots at Bellagio and Marina Bay Sands. Together they bring over 30 years of gaming experience spanning gaming markets around the world including the Las Vegas Strip (Venetian, Palazzo, Bellagio), Macau (Sands China Limited), Singapore (Marina Bay Sands), and many regional markets in North America. Maverick Gaming currently owns the Wendover Nugget and Red Garter Hotel, the Red Lion Casino, and the Gold Country Casino, and thirteen card rooms in Washington State.

Currently Maverick Gaming owns seventeen casino and card rooms in Nevada and Washington State with approximately 1,500 slot machines, over 225 table games and 1,200 hotel rooms nationwide.

## Leave A Comment

Comment...

Name (require    Email (require    Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment



LEADERSHIP          LOCATIONS          WASHINGTON

MAVERICK CARES          CAREERS          RELEASES          

October 1, 2019

# MAVERICK GAMING CLOSES ON PURCHASE OF FIVE WASHINGTON STATE CARD ROOMS

MAVERICK GAMING CLOSES ON PURCHASE OF FIVE WASHINGTON STATE CARD ROOMS

LAS VEGAS, NV – Oct 1st, 2019 – Maverick Gaming LLC ("Maverick" or "Maverick Gaming") today announced they closed on the purchase of five Washington State Card rooms.  The card rooms are as follows: Macau Casino in Lakewood, the Macau Casino in Tukwilla, the Caribbean Casino in Kirkland and the Caribbean Cardroom in Kirkland, and the Caribbean Casino in Yakima.

"This purchase gives Maverick nineteen card rooms in Washington and nearly 290 table games statewide," said Eric Persson, Owner of Maverick Gaming.

"With our growing footprint in Washington, we are very excited to be making this substantial investment in Washington and adding these properties to our portfolio.  Additionally, we are actively looking to construct new projects in Everett, SeaTac and the Tri Cities area.  These projects are likely to include hotel rooms, a nationally known sports bar, 50,000 square feet of convention space and our table game amenities.  Our expansion plans will create even more employment opportunities to Washingtonians" said Eric Persson, owner of Maverick Gaming.

"The purchase of these cardrooms not only increases our footprint, but now Maverick is ontrack to employ over 3,000 Washingtonians – with an average salary above $75,000 per year along with a benefits package that is unparalleled.  I'm proud to say that Maverick is quickly becoming an employer of choice in Washington" said Tim Merrill, President of Maverick Gaming Washington.

"We see our cardroom investment and our future expansion plans as a natural benefit for legal and regulated sports wagering in Washington.  As a member of the Shoalwater Bay Indian Nation, I look forward to working with my tribal brothers and statewide decision makers to bring this amenity that is so strongly desired by Washingtonians" said Mr. Persson.

ABOUT MAVERICK GAMING LLC

Maverick Gaming is majority owned and was founded by gaming industry veterans Eric Persson, who previously served as Global SR Vice President of Slots at Las Vegas Sands and Justin Beltram, former Vice President of Slots at Bellagio and Marina Bay Sands. Together they bring over 30 years of gaming experience spanning gaming markets around the world including the Las Vegas Strip (Venetian, Palazzo, Bellagio), Macau (Sands China Limited), Singapore (Marina Bay Sands), and many regional markets in North America. Maverick Gaming currently owns the Wendover Nugget and Red Garter Hotel, the Red Lion Casino, and the Gold Country Casino, and thirteen card rooms in Washington State.

Currently Maverick Gaming owns Twenty-Three casino and card rooms in Nevada and Washington State with approximately 1,500 slot machines, over 290 table games and 1,200 hotel rooms nationwide.  Maverick Gaming has also Entered into an agreement to purchase three Black Hawk Colorado casinos from CC Gaming which are scheduled to close in November.

## Leave A Comment

Comment...

Name (require    Email (require    Website

☐ Save my name, email, and website in this browser for the next time I comment.