**HONORABLE DAVID G. ESTUDILLO**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.: 22-cv-05325-DGE<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LIMITED INTERVENTION**<br><br>**Note on Motion Calendar: August 19, 2022**<br><br>**ORAL ARGUMENT REQUESTED** |

Upon consideration of Specially-appearing Proposed Intervenor, the Shoalwater Bay Indian Tribe of the Shoalwater Bay Indian Reservation's ("Tribe") Motion for Limited Intervention, the Defendants' qualified consent thereto and the Plaintiff's opposition thereto, the courts finds good cause for allowing intervention and it is hereby:

1

[Proposed] Order Motion for Intervention
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Offices-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369

1   ORDERED that the Tribe's Motion for permissive Limited Intervention pursuant to Fed.
2   R. Civ. P. 24(b)  is GRANTED, and it is further
3   ORDERED that the Tribe's Motion for e Limited Intervention pursuant to Fed. R. Civ. P.
4   24(a)  as of right is GRANTED, and it is further
5
6   ORDERED that the Tribe file with this Court it's Motion to Dismiss pursuant to Fed. R.
7   Civ. P. 12(b)(7) and Fed. R. Civ. P. 19 within three business days of this Order.
8
9   It is SO ORDERED
10  Dated this ___ day of _____, 2022

    _____
    Honorable David G. Estudillo
    United States District Judge

2

[Proposed] Order Motion for Intervention
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Offices-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369