**HONORABLE DAVID G. ESTUDILLO**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No.: 22-cv-05325-DGE <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM SUMMARY JUDGMENT DEADLINES** <br><br> **Note on Motion Calendar: August 12, 2022** <br><br> **<u>ORAL ARGUMENT REQUESTED</u>** |

Upon consideration of Specially-appearing Proposed Intervenor, the Shoalwater Bay Indian Tribe of the Shoalwater Bay Indian Reservation's ("Tribe") Motion for Relief of Summary Judgment Deadlines, the Defendants' consent thereto and the Plaintiff's opposition thereto, the courts finds good cause for the requested relief and it is hereby:

[Proposed] Order Motion for Relief
Case No. 22-cv-05325-DGE

1

Scott D. Crowell
Crowell Law Offices-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369

ORDERED that the Tribe's Motion for Relief From Summary Judgement Deadlines is GRANTED, and it is further

ORDERED that the current deadlines set for the filing and briefing of dispositive motions in this matter (items 4 through 7 of this Court's Order of June 28, 2022) (Dkt. 63 at 2-3), are VACATED, and it is further

ORDERED that the parties shall meet and confer to set deadlines for briefing dispositive motions, and for briefing on further motions for full intervention by any federally-recognized Indian Tribe with Indian lands within Washington State that communicates to any party an intention to do so, within ten days of this Court's decision on the Tribe's Motion for Limited Intervention, if such motion is denied, or within ten days of this Court's decision on the Tribe's [Proposed] Motion to Dismiss, if the Tribe's Motion for Limited Intervention is granted.

It is SO ORDERED

Dated this \_\_\_ day of _____, 2022

_____
Honorable David G. Estudillo
United States District Judge

[Proposed] Order Motion for Relief
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Offices-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369