|     |     |     |
| --- | --- | --- |
| 1   | **HONORABLE DAVID G. ESTUDILLO** | |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MAVERICK GAMING LLC, | Case No.: 22-cv-05325-DGE |
| Plaintiff, | |
| v. | **SHOALWATER BAY TRIBE'S CORPORATE DISCLOSURE STATEMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1 and Local CR 7.1, Proposed Limited Intervenor, the Shoalwater Bay Tribe, discloses that it has no partners, no parent corporation, and has no stock and therefore

Corporate Disclosure Statement
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Offices-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369

no publicly held corporation owns more than ten percent of its stock. It has neither a corporate member nor a member in a joint venture or limited liability company.

Respectfully submitted this 3rd day of August, 2022.

<i>s/ Scott Crowell</i><br>
SCOTT CROWELL (WSBA No. 18868)<br>
CROWELL LAW OFFICES-TRIBAL ADVOCACY GROUP<br>
1487 W. State Route 89A, Suite 8<br>
Sedona, AZ 86336<br>
Telephone: (425) 802-5369<br>
Fax: (509) 290-6953<br>
Email: scottcrowell@hotmail.com

LAEL ECHO-HAWK (WSBA No. 34525)
MThirtySix, PLLC
700 Pennsylvania Avenue SE
The Yard – 2nd Floor
Washington, D.C. 20003
Telephone: (206) 271-0106
Email: Lael@MThirtySixPLLC.com

*Attorneys for Limited Intervenors Shoalwater Bay Tribe*

Corporate Disclosure Statement
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Offices-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2022, I filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in this matter.

DATED: August 3, 2022

<u>s/ Scott Crowell</u>
SCOTT CROWELL (WSBA No. 18868)
CROWELL LAW OFFICES-TRIBAL ADVOCACY GROUP
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Telephone: (425) 802-5369
Fax: (509) 290-6953
Email: scottcrowell@hotmail.com

Corporate Disclosure Statement
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Offices-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369