THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. 22-cv-05325 DGE<br><br>**ORDER DENYING SHOALWATER BAY TRIBE'S MOTION FOR RELIEF FROM SUMMARY JUDGMENT DEADLINES**<br><br>[PROPOSED] |

Upon consideration of the briefing in support of and in opposition to Shoalwater Bay Tribe's Motion for Relief from Summary Judgment Deadlines (Dkt. #69), it is hereby **ORDERED** that the Motion is **DENIED**.

**SO ORDERED** this ___ day of _____, ____.

_____
Hon. David G. Estudillo
U.S. District Court Judge

1

ORDER DENYING MOTION FOR RELIEF
FROM SUMMARY JUDGMENT DEADLINES
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550

Presented by:

**BRENNAN LEGAL, PLLC**

By: *s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA  98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com

**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Theodore B. Olson*
By: *s/ Matthew D. McGill*
By: *s/ Lochlan F. Shelfer*
Theodore B. Olson, D.C. Bar No. 367456
Matthew D. McGill, D.C. Bar No. 481430
Lochlan F. Shelfer, D.C. Bar No. 1029799
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C.  20036-5303
Phone: (202) 955-8668
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com
Email: lshelfer@gibsondunn.com

*Attorneys for Plaintiff Maverick Gaming LLC*

2

ORDER DENYING MOTION FOR RELIEF
FROM SUMMARY JUDGMENT DEADLINES
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550