UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAVERICK GAMING LLC,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No.: 22-cv-05325-DGE

**DECLARATION OF SCOTT CROWELL IN SUPPORT OF MOTION FOR RELIEF FROM SUMMARY JUDGMENT DEADLINES**

I, SCOTT CROWELL declare:

1. I am counsel for Proposed Limited Intervenor, Shoalwater Bay Indian Tribe of the Shoalwater Bay Indian Reservation ("Tribe") in the above-captioned matter and provide this Declaration in support of the Tribe's Motion for Relief from Summary Judgment Deadlines (Dkt. 69).

1

Declaration of Scott Crowell in Support of Motion for Relief
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369

2. I am over the age of eighteen and make this declaration based on personal knowledge, information, and belief. If called as a witness, I am competent to testify under oath about the matters in this Declaration.

3. Attached hereto as Ex. 1 is a true and correct copy of the email exchange between myself and counsel for Plaintiff in this matter, Maverick Gaming LLC ("Maverick") on Friday, July 29, 2022 and Monday, August 1, 2022.

4. On Friday, July 29, 2022 I informed Maverick's counsel, both by phone message to Ted Olsen and Tom Brennan and by email (included in Ex. 1) Ted Olsen, Tom Brennan, Lochlan Shelfer and Matthew McGill, that the Tribe intended to file a motion for limited intervention pursuant to Fed. R. Civ. P. 24, together with a [Proposed] motion to dismiss pursuant to Fed; R. Civ. P. 12(b)(7) and 19, and to seek a temporary stay of the proceedings pending a ruling on that motion.

5. Maverick's counsel, Lochlan Shelfer responded to my email indicating that he would call me shortly (included in Ex. 1). In our subsequent phone conversation later that day, Mr. Shelfer confirmed receipt of both the phone and email messages and informed me that Maverick would oppose all motions.

6. On the subsequent Monday, I sent an email (included in Ex. 1) to Maverick's counsel clarifying that the Tribe would seek relief from the Summary Judgment Deadlines. In the email I specifically noted:

> "This approach, however, creates a potential situation wherein Maverick will have filed its motion for summary judgment and the briefing schedule thereafter is stayed pending resolution of the Tribe's motion. Accordingly, we ask you to consider/reconsider the Tribe's motion for relief from deadlines. Under the circumstances, we believe a telephonic motion with the Court today or tomorrow pursuant to Local Rule 7(i) is appropriate and allows such a situation to be avoided."

7. Mr. Shelfer quickly responded (included in Ex. 1) rejecting the proposed telephonic hearing.

2

Declaration of Scott Crowell in Support of Motion for
Relief from Summary Judgment Deadlines
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th Day of August, 2022.

_____
SCOTT CROWELL, legal counsel for
Proposed Intervenor Shoalwater Indian Bay Tribe

3

Declaration of Scott Crowell in Support of Motion for
Relief from Summary Judgment Deadlines
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Tel: (425) 802-5369