THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 22-cv-05325 DGE<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>[PROPOSED] |

Upon consideration of the briefing in support of and in opposition to Plaintiff's Motion for Summary Judgment, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**, and it is **ORDERED** that

1. The challenged Compacts and Compact Amendments violate the Indian Gaming Regulatory Act ("IGRA"), 15 U.S.C. § 1175, 18 U.S.C. § 1955, 18 U.S.C. § 1166, the Constitution's guarantee of equal protection, and the Tenth Amendment, and therefore are void, were not validly entered into, and are not in effect;

2. The Secretary of the Interior's approval of the Compact Amendments; the Governor's execution of the Compacts and Compact Amendment; and the continued administration of the Compacts and Compact Amendments by the

1

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

members of the Washington State Gambling Commission violate IGRA, 15 U.S.C. § 1175, 18 U.S.C. § 1955, 18 U.S.C. § 1166, the Constitution's guarantee of equal protection, and the Tenth Amendment;

3. The continued enforcement against Maverick of Washington's criminal laws prohibiting class III gaming violates the Constitution's guarantee of equal protection;

4. The Tribes' class III gaming activities violate IGRA, 15 U.S.C. § 1175, 18 U.S.C. § 1955, and 18 U.S.C. § 1166;

5. The Secretary of the Interior's approvals of the Compact Amendments are **VACATED**;

6. The members of the Washington State Gambling Commission are **ENJOINED** from continuing to administer the Compacts and Compact Amendments;

7. The Governor, Attorney General, and members of the Washington State Gambling Commission are **ENJOINED** from enforcing against Maverick Washington's criminal laws prohibiting class III gaming;

8. Defendants shall pay Plaintiff its reasonable costs, including attorneys' fees, incurred in bringing this action; and

9. Defendants shall pay Plaintiff nominal damages.

**SO ORDERED** this ___ day of _____, _____.

_____
Hon. David G. Estudillo
U.S. District Court Judge

2

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

Presented by:

**BRENNAN LEGAL, PLLC**

By: *s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA  98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com

**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Theodore B. Olson*
By: *s/ Matthew D. McGill*
By: *s/ Lochlan F. Shelfer*
Theodore B. Olson, D.C. Bar No. 367456
Matthew D. McGill, D.C. Bar No. 481430
Lochlan F. Shelfer, D.C. Bar No. 1029799
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C.  20036-5303
Phone: (202) 955-8668
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com
Email: lshelfer@gibsondunn.com

*Attorneys for Plaintiff Maverick Gaming LLC*

3

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550