THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No. 22-cv-05325 DGE <br><br> **DECLARATION OF JONATHAN CHAVEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, Jonathan Chavez, declare under penalty of perjury that the following is true and correct:

1. I currently serve as Co-Founder and Chief Analytics Officer at SocialSphere, Inc., a market research firm based out of Cambridge, MA, and as a Senior Associate Research Analyst at Spectrum Gaming Group.

2. I make this Declaration in support of Plaintiffs' Motion for Summary Judgment.

3. Attached as **Exhibit A** to this Declaration is a true and correct copy of my August 3, 2022 expert report titled, "Impacts of Online Sports Wagering on Maverick Gaming Facilities in the State of Washington."

1

DECLARATION OF JONATHAN CHAVEZ
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2022.

*Jonathan Chavez*

Jonathan Chavez

2
DECLARATION OF JONATHAN CHAVEZ
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550