# EXHIBIT A

# EXPERT REPORT OF JONATHAN CHAVEZ:

## Impacts of Online Sports Wagering on Maverick Gaming Facilities in the State of Washington

Prepared for Maverick Gaming
August 3, 2022

# Contents

**Qualifications** ................................................................ **3**
**Methodology** ................................................................ **5**
    **Survey Design Considerations** .................................. **5**
    **Survey Details and Implementation** ......................... **5**
**Survey Results and Conclusion** ................................... **7**
**Appendix I: Resume of Jonathan Chavez** ...................... **12**
**Appendix II: Material Used** ........................................ **14**
**Appendix III: Full Survey** .......................................... **15**
**Appendix IV: Summary of Statistical Assessment** ......... **20**

## 1. Qualifications

My name is Jonathan Chavez, and I currently serve as Co-Founder and Chief Analytics Officer at SocialSphere, Inc., a market research firm based out of Cambridge, MA, and as a Senior Associate Research Analyst at Spectrum Gaming Group.

I hold an A.B. in Social Studies with Honors in Field from Harvard College, where my coursework focused on statistics, econometrics, and public opinion research. I did extensive coursework in public opinion methodologies, and my thesis focused on understanding trends in public opinion research. Since 2005, I have worked professionally in market research, focusing on lotteries and gaming. In that time, I have conducted research on behalf of 10 state lotteries, and have conducted market assessments for casinos, thoroughbred racing entities, including the National Thoroughbred Racing Association, and jurisdictions implementing sports betting, including New Hampshire and Washington, DC.

During that time, I have led more than 100 qualitative and quantitative studies into player habits and attitudes within the lottery and gaming industry. Those studies have been used for various purposes, including assessing the viability of new games and products, making sales projections, and segmenting players based on attitudes towards gaming and other behavioral factors. A key component of my work within the lottery and gaming industry has been developing methodologies for assessing reported gambling spending levels in market research and correlating those figures to real-world spending data.

In addition to my work in the lottery and gaming industries, I am the primary market researcher for clients across various sectors. I have served as the lead market researcher for the Marine Corps Recruiting Command since 2011, working with their advertising agency to assess trends in recruiting. On behalf of Marine Corps Recruiting Command and J. Walter Thompson, in 2012, I led the research effort awarded the Gold Jay Chait Award for Strategic Excellence in Research Innovation.

I have implemented qualitative research designs, including in-depth interviews, ethnographies, online tracking studies, focus groups, and town halls. I have implemented quantitative studies that have included in-person interviewing, telephone-based interviewing, and online surveys using proprietary databases, opt-in panels, and address-based sampling methodologies. When designing the methodology for a project, my primary goal is to implement a research design that minimizes the potential sources for error, assures the broadest possible coverage of respondents, is replicable, and meets industry standards for transparency of methods. In addition, much of my work uses surveys and other market research to make business and financial projections on behalf of clients. I have worked in the business planning process with dozens of clients.

My resume is attached hereto as Appendix I. Because my work is usually done on behalf of clients who use my data and opinions for proprietary market purposes, I have not publicly authored articles in the last ten years. In 2021, I served as an expert witness in Case No. 1:21-cv-02192-DLF in the United States Circuit Court for the District of Columbia. In that case, I served as an expert witness on issues similar to the current case being litigated.

The list of materials that I have considered is contained in Appendix II.

Maverick Gaming ("Client") retained me to assess the current impact of the implementation of sports betting in the state of Washington on its properties in the state. This assessment involved two parts – an assessment of the current shift in behavior that has occurred among players and the potential shifts in behavior that would occur if Maverick Gaming were able to offer sports betting and Class III gaming at its properties.

My compensation for this report and the fielding of the survey underlying the report is a fixed fee of $28,000.

My compensation does not depend on my conclusions or the outcome of this case.

In addition to this compensation, my agreement with Maverick Gaming stipulates that I will be paid for the following, if necessary:

i.      In-person presentation ($2,500 per travel/on-site day, plus travel expenses billed at cost),

ii.     Preparation for deposition ($350 per hour),

iii.    Deposition ($350 per hour),

iv.     General consultation ($350 per hour), and

v.      Serving as an expert witness at trial (in-court hourly rate of $450 per hour, plus travel expenses billed at cost).

I understand that I am obligated to provide my independent expert assessment even though I am being engaged by counsel in this matter.

My analysis and conclusions are based on the information available to me at present. I reserve the right to update my opinions and analysis as appropriate if additional information or materials become available or should other experts present opinions or testimony. I also reserve the right to create and use demonstrative exhibits to assist me should I ever be required to present testimony. All of my opinions and conclusions throughout this report are rendered to a reasonable degree of professional certainty.

## 2. Methodology

### Survey Design Considerations

I, Jonathan Chavez, was responsible for designing a survey of Maverick Gaming customers that occurred between July 22 and August 2, 2022. The objective of this study was to assess the current and potential future impacts of current gaming laws in Washington on Maverick Gaming's properties, with a specific focus on sports betting[1] and Class III gaming. In designing this research, the following major factors were the primary consideration in research design, implementation, and analysis:

- Defining the survey audience and ensuring that the audience surveyed accurately represented Maverick Gaming's player base;

- Designing the survey to clearly test whether or not the implementation of sports betting has impacted Maverick Gaming;

- Using methodologies that are repeatable and acceptable, conforming to relevant industry standards, particularly those defined by the American Association of Public Opinion Researchers;

- Reducing sources of sampling;

- Reducing sources of question bias by designing neutral, non-biased questions and;

- Analyzing the data using industry-standard statistical procedures.

### Survey Details and Implementation

I was contracted to design the sampling procedure and questions for an in-person-to-online and online study of Maverick Gaming's customers in the state of Washington. My independent recommendation for conducting this study is that the methodology chosen provided the best possible coverage of Maverick Gaming's player base. There are a few rationales for that assessment. I have participated regularly in sports betting, poker, and other forms of casino-based gaming recreationally for over 15 years. My specific knowledge of these fields was part of my methodological recommendations.

Maverick Gaming has 16 properties in the state of Washington that were included as part of this survey. Additionally, Maverick Gaming has a loyalty club, which includes a database of players' names, loyalty numbers, and the telephone numbers, addresses, and email addresses for a subset of players. In conversations with executives at Maverick Gaming, including Aaron Huang, Vice President of Operations for Maverick Gaming's properties in Washington, I determined that the loyalty club's database encompassed the vast majority of players and that tracked play from players in the database accounted for over 85% of Maverick Gaming's revenue in Washington. As such, I determined that using the database as a primary method of sampling Maverick Gaming's players would methodologically comport with industry best practices.

In addition to using the database to field the study, I determined that supplementing the survey sample with in-person respondents would yield a potentially more robust and statistically valid sample. Working with Mr. Huang and Mark Juliano, Maverick Gaming's Vice President of Marketing, I created unique survey links for each property, and Maverick Gaming then embedded those links into Q.R. codes that were posted at multiple locations in each property, with a focus on high traffic areas such as entrances, cashier cages, and restrooms. The signs invited individuals to complete a short survey, and upon completion, they could enter their name, Play Maverick Loyalty number, and either their phone number or email address to receive $20 in match play and a chance to win $200. I included the incentivization component to ensure that individuals completing the survey provided personal information about themselves. I wanted to be sure that I had a mechanism to control for players only responding to the

---

[1]For this report, "sports betting" should be understood to refer to non-parimutuel sports betting.

survey once. A primary concern for non-probability-based sampling is ensuring that individuals are not completing the survey multiple times and biasing the results.

In the survey, we included basic demographic questions about age and gender. I asked Mr. Huang to review the responses to those questions to ensure that the data matched customer data. He assured me that the sample drawn was reflective of the age, gender and gameplay patterns of players at Maverick Gaming properties in Washington.

I left the survey open for more than a week to ensure that the base of players surveyed was not biased by the time of day, day of the week, or other factors. Additionally, I wanted to design a sampling procedure that would be least intrusive to players. Players could complete the survey at their convenience, and they did not have to interrupt their gambling.

The survey's questions were designed to ensure that the sample was unbiased and reflective of the overall player base to understand the likely adoption of any expansion in sports betting and shifts in behavior. My previous experience with asking players about shifts in spending has shown that asking about percentages of a shift in spending is more accurate than asking about shifts in the dollar amount spent.

Most players do not accurately assess their current gambling spending in raw dollar terms. They will often, for a variety of reasons, underestimate their spending and losses. However, players are much better at understanding the share of wallets they devote to each type of gambling spending. In constructing sales models in the gambling space, I have found that asking about the percentage of spending yields more accurate results than asking about the amount spent.

The survey was completed online and has been included as Appendix III to this report. The survey was programmed on the Confirmit survey platform and took respondents an average of 6.5 minutes to complete. The survey data was then downloaded to SPSS for analysis.

It is always the case in surveys like this that ambiguity can exist for individual responses. Respondents can incorrectly understand a question at times. To analyze the survey results, I have, in each instance, interpreted ambiguous data in the most conservative way possible, meaning that if there is ambiguity regarding what a response might mean, I have assumed that the response will default to no change in spending or behavior shifts that would impact Maverick Gaming. In other words, any potential revenue loss extrapolations from the survey results rely only on clear, unambiguous responses that indicate that respondents:

- Have already shifted their spending away from Maverick Gaming properties;

- Would potentially increase their spending or shift their spending back to Maverick Gaming properties if Maverick Gaming offered sports betting and/or Class III gaming, and;

- The shift in spending comes from the proportion of money that players previously spent at Maverick Gaming properties (in the case of current shifts away from Maverick Gaming) or from money not currently being spent at Maverick Gaming properties in the case of potential shifts towards Maverick Gaming properties).

The methodology used is meant to understand whether or not a loss of revenue is likely, and what degree of statistical certainty there is that revenue loss would occur.

## 3. Survey Results and Conclusion

A total of 627 Maverick Gaming players completed the survey. The first step in my analysis was assessing the samples to ensure that they reflected the generally known composition of the players at Maverick Gaming Properties. The sample for the survey had the following demographics:

**Gender**

| | |
|---|---|
| Male | 68% |
| Female | 32% |

**Age**

| | |
|---|---|
| Under 35 | 32% |
| 35-55 | 39% |
| Over 55 | 29% |

**Maverick Gaming Properties Visit and Betting Frequency[2]**

| | |
|---|---|
| Multiple times per week | 39% |
| About once a week | 18% |
| Less than once a week, but | |
| At least a few times per month | 16% |
| Less than once a month | 13% |
| Don't know | 3% |

When conducting a mixed methodology survey (sampling through a player database and sampling via in-person recruitment), it is important to assess each methodology separately to ensure that the samples reflect similar populations. The database sample and the in-person sample were demographically similar. On each question throughout the survey, we observed *no statistically significant differences* between the 289 surveys completed via in-property Q.R. codes and 338 completed via the Play Maverick loyalty club. As such, I feel comfortable reporting the samples as a single dataset.

Next, my analysis focused on assessing the current impact that the implementation of sports betting has had on Maverick Gaming and the potential impact of allowing Maverick Gaming to accept sports wagers and Class III gaming wagers. To conduct this analysis, I have used a statistical analysis that focuses on the set of survey responses that unambiguously indicate the behavior that would be indicative of each of the categories below. The survey was constructed to quantify the percent of Maverick Gaming's customers who fall into each of these three categories.

- **Current Sports Bettors, Lost Maverick Gaming Revenue:** Players who have already engaged in legal sports betting at a tribal property in Washington **and** who would have placed a sports bet at a Maverick property instead of at a tribal property if sports betting were available at a Maverick property **and** who say that at least some of the money they have spent on sports betting in Washington at a tribal property comes from the money they previous bet at Maverick properties.

- **Would Bet on Sports at a Maverick Gaming Property, New Revenue**: Players who indicate that they would definitely bet on sports if available at Maverick Gaming **and** who indicate that at least

---

[2] Respondents were first shown a list of Maverick Gaming properties and asked, "In the last year, which of the following Washington casinos or cardrooms have you visited and placed a bet or gambled, if any?" For the list of casinos that they selected, they were then asked, "How often do you visit any of the following and gamble?"

some of that spending would come from money they are not currently spending at Maverick properties.

- **Would Bet on Class III Gaming at a Maverick Gaming Property, New Revenue**: Players who indicate that they definitely would bet on Class III gaming if available at Maverick Gaming **and** who indicate that at least some of that spending would come from money they are not currently spending at Maverick properties.

To construct the category of **Current Sports Bettors, Lost Maverick Gaming Revenue**, the following responses were used. Respondents had to fit all of the following criteria in order to qualify:

| Question | Answer Choices | Qualifying Answer(s) |
|---|---|---|
| Sports betting was legalized in Washington in 2020, and in 2021 the first retail sports book opened in Washington. While betting on thoroughbred racing was legal prior to this, betting on sports like football, baseball, and basketball became legal in Washington in September 2021. All the currently legal sports books in Washington are located at tribal casinos. Since the first legal sports books opened in Washington in September of 2021, have you placed at least one sports bet in-person at a sportsbook located in the state of Washington? | Yes .................................................................. 1<br>No .................................................................... 2<br>Don't know ...................................................... 3 | Yes |
| Thinking about all the times you have placed a sports bet at a casino in Washington, has there ever been an occasion where you specifically went to a casino to place a sports bet – and would not have visited that casino if sports betting was not available? | Yes .................................................................. 1<br>No.................................................................... 2<br>Don't know ...................................................... 3 | Yes |
| Thinking back to the times that you visited a casino in Washington and placed a sports bet, if **[Maverick Gaming property/properties][3]** offered sports betting, would you have ever visited one of these properties to place a sports bet **instead** of the casino where you placed the bet, or would you still have always gone to the casino where you placed that sports bet? | I definitely would have visited **[Maverick Gaming property/properties]** to place a sports bet instead of the casino where I bet ........................................ 1<br>I probably would have visited **[Maverick Gaming property/properties]** to place a sports bet instead of the casino where I bet ........................................ 2<br>I probably would not have visited **[Maverick Gaming property/properties]** to place a sports bet instead of the casino where I bet ........................................ 3<br>I definitely would not have visited **[Maverick Gaming property/properties]** to place a sports bet instead of the casino where I bet ........................................ 4<br>Don't know ...................................................... 5 | I definitely would have visited **[Maverick Gaming property/pr operties]** to place a sports bet instead of the casino where I bet |
| When you think about the money you have used to place a sports bet at a casino in Washington, how much of that money came from the following sources? Please make sure your responses add up to 100% | Money you are currently wagering at **[Maverick Gaming property/properties]**....... 1<br>Money you are currently wagering elsewhere, such as at other casinos or playing the Lottery. ...................................................................... 2<br>Money you are currently betting on sports elsewhere, including at other casinos, in other states, at offshore casinos or through some other means............. 3 | Money you are currently wagering at **[Maverick Gaming property/pr operties]** is greater than 0% |

---

[3] In a previous question, respondents were asked, "In the last year, which of the following Washington casinos or cardrooms have you visited and placed a bet or gambled, if any? Please select all that apply." – and shown a list of Maverick Gaming properties. In this question, the properties that they had visited and bet or gambled at were shown.

| | Money you are not currently spending on wagering.................................................. 4 | |
|---|---|---|

When analyzing survey responses, I found that 63 customers out of the 627 surveyed fell into the category of **Current Sports Bettors, Lost Maverick Gaming Revenue**, or 10% of Maverick's customers.

To arrive at that, I found that:

- 23% of Maverick Gaming's players indicate that yes, they have placed at least one sports bet in-person at a sports book in Washington since September 2021;

**And**

- 61% of those players, or 14% of Maverick Gaming's total player base, indicate that they specifically went to a casino to place a sports bet that they would not have visited otherwise;

**And**

- 76% of those players, or 11% of Maverick Gaming's total player base, indicate that they definitely would have visited a Maverick Gaming property instead of the location they visited when they previously participated in sports betting if sports betting were available at Maverick Gaming properties;

**And**

- 90% of those players, or 10% of Maverick Gaming's total player base, indicate that at least some of the money they spent on sports wagering came from the money they were previously spending wagering at Maverick Gaming properties.

As I will show later in the report, 10% represents a statistically meaningful percentage of Maverick Gaming's players. It is large enough to allow the null hypothesis of no lost revenue to be rejected.

To construct the category of **Would Bet on Sports at a Maverick Gaming Property, New Revenue**: the following responses were used. Respondents had to fit all of the following criteria in order to qualify:

| Question | Answer Choices | Qualifying Answer(s) |
|---|---|---|
| Earlier in this survey, you indicated that you have gambled at **[Maverick Gaming property/properties]**. If any or all of those properties made sports betting available on-site - assuming that they offered bets similar to other sports books currently operating in Washington -  would you wager on sports betting at any of these properties or not? | Yes, I definitely would ....................................... 1<br>I probably would ................................................ 2<br>I probably would not........................................... 3<br>I definitely would not.......................................... 4<br>Don't know ........................................................ 5 | Yes, I definitely would |
| If you did place a sports bet at **[PROPERTIES FROM Q2]**, how much of the money would come from each of the following sources of spending? Please make sure your responses add up to 100%. | Money you are currently wagering at **[Maverick Gaming property/properties]**....... 1<br>Money you are currently wagering elsewhere, such as at other casinos or playing the Lottery. ...................................................................... 2<br>Money you are currently betting on sports elsewhere, including at other casinos, in other states, at offshore casinos or through some other means .............3<br>Money you are not currently spending on wagering.......................................................... 4 | Money you are currently wagering at **[Maverick Gaming property/properties]** is less than 100% |

9

When analyzing survey responses, I found that 172 customers out of the 627 surveyed fell into the category of **Would Bet on Sports at a Maverick Gaming Property, New Revenue,** or 28% of Maverick's customers.

To arrive at that, I found that:

- 33% of Maverick Gaming's total player base indicates that they definitely would wager on sports betting at Maverick Gaming property if sports betting were available;

**And**

- 82% of those players, or 28% of Maverick Gaming's total player base, indicate that at least some of the money they spent on sports wagering would come from money they were not previously spending wagering at Maverick Gaming properties.

As I will show later in the report, 28% represents a statistically meaningful percentage of Maverick Gaming's players. It is large enough to allow the null hypothesis of no lost revenue to be rejected.

To construct the category of **Would Bet on Class III Gaming at a Maverick Gaming Property, New Revenue**: the following responses were used. Respondents had to fit all of the following criteria in order to qualify:

| Question | Answer Choices | Qualifying Answer(s) |
|---|---|---|
| Earlier in this survey, you indicated that you have gambled at **[Maverick Gaming property/properties]**. If any or all of those properties let you bet on casino games they don't currently offer, like craps and roulette, would you visit any of those properties in order to gamble on those games? | Yes, I definitely would ......................................1<br>I probably would ...............................................2<br>I probably would not..........................................3<br>I definitely would not.........................................4<br>Don't know ........................................................5 | Yes, I definitely would |
| If you did place a wager on games like craps or roulette at **[PROPERTIES FROM Q2]**, how much of the money would come from each of the following sources of spending? Please make sure your responses add up to 100%. | Money you are currently wagering at **[Maverick Gaming property/properties]**.......1<br>Money you are currently wagering elsewhere, such as at other casinos or playing the Lottery. ...........................................................................2<br>Money you are currently betting on sports elsewhere,<br>including at other casinos, in other states, at offshore<br>casinos or through some other means.............3<br>Money you are not currently spending on wagering...........................................................4 | Money you are currently wagering at **[Maverick Gaming property/properties]** is less than 100% |

When analyzing survey responses, I found that 169 customers out of the 627 surveyed fell into the category of **Would Bet on Sports at a Maverick Gaming Property, New Revenue,** or 27% of Maverick's customers.

To arrive at that, I found that:

- 38% of Maverick Gaming's total player base indicates that they definitely would wager on sports betting at Maverick Gaming property if sports betting were available;

**And**

- 71% of those players, or 27% of Maverick Gaming's total player base, indicate that at least some of the money they spent on Class III gaming would come from money they were not previously spending wagering at Maverick Gaming properties.

These responses were chosen as the universe because they represent the smallest possible universe of respondents who could fit into each universe. There is no interpretative ambiguity in their responses. For

10

the purposes of reasonable business planning and making financial projections, a broader universe would be used; however, the purpose of this analysis is to evaluate the null hypothesis,[4] meaning is there any way to interpret the survey results to say that no shift has occurred or would occur.

The results of this analysis showed that the null hypothesis could be rejected: Through any reasonable statistical analysis, the percent of players in each universe of bettors tested who would shift is statistically significant at the 95% confidence interval.

In each universe, the sample is served by a hypergeometric distribution,[5] for which I formed a normal approximation. Using this normal approximation, I calculated both the odds of $x$ or more doing harm (one-tailed), and the odds of $x$-$hn$ difference or more doing harm (two-tailed)[6], both given baseline $h$. $h$ has been set at 5%, as a reasonable calculation of fielding error. The assumed universe of players is based on discussions with Mr. Huang.

Every universe shows that a statistically significant number of players would follow the patterns described above and either have already shifted spending away from Maverick Gaming's properties or would increase their spending at Maverick Gaming properties if Class III gaming were authorized. Put simply: at the 95% confidence interval, I can say Maverick Gaming has already lost revenue as a result of sports betting being legalized and only giving tribal properties access to it, and Maverick Gaming would gain revenue if it were allowed to have sports betting at their properties or Class III wagering. The survey results tabulated below support these conclusions. Those results are summarized below, and full statistical results are included in **Appendix IV.**

| Category | Percent of Maverick Gaming Customers Who Fall Into Each Category | Sample Size | P Two-Tailed |
|---|---|---|---|
| Current Sports Bettors, Lost Maverick Gaming Revenue | 10% | 627 | 6.38801E-09 |
| Would Bet on Sports at a Maverick Gaming Property, New Revenue | 28% | 627 | 0 |
| Would Bet on Class III Gaming at a Maverick Gaming Property, New Revenue | 27% | 627 | 0 |

Taken as a whole, the results of the survey and an analysis of the data show Maverick Gaming has already lost revenue as a result of not having access to sports betting, and that access to sports betting and Class III gaming would result in incremental gaming revenue for Maverick Gaming.

---

[4] In statistics, the null hypothesis is that chance alone is responsible for the results.

[5] In a hypergeometric distribution, selections are made from two groups without replacing members of the groups. It assists in statistical quality control.

[6] One-tailed significance assumes that all error is one direction away from the mean, above or below. Two-tailed tests variance in both directions from the mean and is the standard used in most statistical tests.

Appendix I: Resume of Jonathan Chavez

**JONATHAN CHAVEZ**
**PROFESSIONAL EXPERIENCE**

**SocialSphere, Inc.**

Co-Founder and Chief Analytics Officer, Cambridge, MA                January 2011 – Present
- Serves as the primary client council for ongoing strategic engagements with C-level contacts at The United States Marine Corps, J. Walter Thompson, The White House Office of Public Engagement, Bridgewater Associates, The Office of the Chairman of Joint Chiefs of Staff, Thomas H. Lee Partners, the Walton Family Foundation, The National Thoroughbred Racing Association, and others.
- Serves as the lead of the firm's lottery and gaming client practice, working with numerous state lotteries and gaming entities to develop customer marketing strategies and economic models.
- Works with these organizations to implement strategies that combine the use of social and digital media, mobile technology, and qualitative and quantitative research. Strategies focus on streamlining internal communications systems and architectures and aiding in external communications planning.
- Leads a team of developers to further improve key technology assets by adapting software designed to improve internal workflows to function as client-facing products. Development focuses on the incorporation of real-time translation, messaging, and monitoring into tracking software and collaboration platforms in desktop and mobile environments.

Co-Founder and Director of Analytics, Cambridge, MA        November 2008 – December 2010
- Conceived of SocialSphere's ORBIT™ Methodology and developed the algorithms that drive SocialSphere's ORBIT™ Report and Platform. Reports and Platform are currently the company's highest grossing business unit as measured by both EBITA and profit margin.
- Built SocialSphere's analytics department from a single member to a team of six. In the processes, implemented workflow plans defined analytic perspective, and managed vendor relationships. Department profitability exceeded board expectations in eight of nine quarters.
- Managed, analyzed, and served as the primary contact on the two largest public opinion research projects conducted by The United States Marine Corps in its recent history. One project focused on understanding how the USMC could communicate more efficiently with the families of Marines, which led to the development of a completely new multi-channel (email, phone, SMS, MMS, Twitter, internal social network, etc.) messaging system that relied on self-correction methods to improve responsiveness metrics. The second project, conducted on behalf of Marine Corps Recruiting Command, focused on the impact of the Millennial generation and their changing demographics on USMC assessments. The research laid the groundwork for all upcoming United States Marine Corps advertising from FY2012-FY2022.

Co-Founder and Senior Analyst, Cambridge, MA                January 2007 – November 2008
- Worked on SocialSphere's political campaign work during the 2008 election cycle. Clients included a Presidential campaign (Primary and General election), three Senate Races, four House of Representative Races, a Governor's Race, and work with Harvard's Institute of Politics. Work included qualitative and quantitative research, media tracking, model design for the selection of exit poll locations during the New Hampshire Primary, and primary and caucus delegate count modeling.
- Served as an on-site advisor for a major Private Equity Firm during the evaluation of the purchase of a state Lottery. Led the team that included firm members and an outside management consultant to build the valuation model used during the purchase process.

**Spectrum Gaming Group**

Senior Associate Research Analyst                                September 2021 – Present

- Retained on a contract basis to provide independent survey research services.

**Prime Group, LLC.**

<u>Analyst</u>, Concord, MA                                                          August 2005 – December 2006
- Conducted all aspects of opinion research and marketing consulting, including: research and questionnaire design, data analysis and presentation, brand and reputation research, focus group preparation, product testing, and extensive experience in secondary research, in particular market trends and news content analysis. Clients served came from both private and public sectors with a focus on marketing and public relations. Worked on cases from research design through client implementation of recommendations.

## EDUCATION
**Harvard University**, Cambridge, MA
Degree: A.B. in Social Studies with Honors in Field, June 2005

<u>Coursework</u>
- Thesis work focused on a quantitative assessment of the role of nationalist sentiments in liberal Western democracies. The research delved into the literary and cultural origins of far-right and far-left wing movements and the building of a model that effectively predicted the impacts of the systematic process whereby civic nationalism bifurcates the role of founding documents into their role as the country's legal framework and their role as the nation's "the creation myth" - which in turn drives the evolution of extreme positions into the mainstream over time. The thesis included significant economic modeling, opinion research methodologies and statistics.

## ADDITIONAL SKILLS AND INTERESTS

<u>Skills</u>
- Computer Skills: Proficient in both Windows and Mac environments with extensive experience in the Microsoft Office Suite, with particular expertise in Excel modeling including use of VBA. Proficient in PASW/SPSS including multivariate regression analysis, factor analysis, CHAID, and Answer Tree. Familiar with CATI programming, Qualtrics programming, MySQL, R, SAS, Stata, multiple social media tracking platforms (Radian6, Buzzlogic, Buzzmetrics, Cymphony, Visible Technologies), web analytics platforms (Google Analytics and Omniture) and syndicated research.

<u>Personal Interests</u>
- Basketball and Golf Statistics: Developed original and advanced metrics for analyzing roster construction in the NBA with a particular focus on using Black-Scholes based analysis to predict the variable value of a dollar over time in the NBA due to salary cap restrictions. Metrics have been discussed with NBA GM's to develop long-term free agent plans. In Golf, developed course and hole databases in order to use past performance to accurately predict upcoming Major Tournaments. The database uses likely scenarios (club use and likely outcomes) to run simulations on future courses to predict players who are likely to succeed on a given course given likely weather conditions. The methodology has significantly outperformed both expert predictions and Las Vegas gambling lines for Major Tournaments since 2007, returning positive ROIs over in 10 out of 12 years.

**Appendix II: Material Used**

I, Jonathan Chavez, have used, reviewed and/or considered the following resources in overseeing this survey and preparing this report:

- Survey data file, full results

**Appendix III: Full Survey**

Thank you for taking some time to complete this survey. It should take you no more than 5-to-7 minutes to complete. The survey will be about your current wagering activity. By completing the survey and providing your Maverick Loyalty Number and a phone number or email address, you will receive $20 in Match Play and be entered into a $200 cash drawing. The rules for the drawing can be found here **[link]**.

1.      Do you agree to participate in this survey?

Yes ................................................................................... 1
No........................................................... **[TERMINATE]**

2.      In the last year, which of the following Washington casinos or cardrooms have you visited and placed a bet or gambled, if any? Please select all that apply.

**Caribbean Cardroom ...................................................1**
**Casino Caribbean Kirkland ...........................................2**
**Casino Caribbean Yakima .............................................3**
**Coyote Bob's Roadhouse Casino Kennewick ..........4**
**Crazy Moose Casino Mountlake Terrace ...................5**
**Crazy Moose Casino Pasco ...........................................6**
**Great American Casino Everett ....................................7**
**Great American Casino Lakewood ...........................8**
**Great American Casino Tukwila ..................................9**
**Macau Casino Lakewood ...........................................10**
**Macau Casino Tukwila ................................................11**
**Red Dragon Casino Mountlake Terrace ...................12**
**Roman Casino ...............................................................13**
**Royal Casino Everett ..................................................14**
**Silver Dollar Casino Mill Creek ..................................15**
**Silver Dollar Casino SeaTac ......................................16**
**Silver Dollar Casino Renton.......................................17**
**Wizards Casino .........................................................18**
**None of the above ..............................19 [TERMINATE]**

3.      How often do you visit any of the following casinos <u>**and gamble**</u> **[PROPERTIES FROM Q2]**?

Multiple times per week.....................................................1
About once a week..........................................................2
Less than once a week but at least a
few times per month.........................................................3
About once a month .......................................................4
Less than once a month...................................................5
Don't know .....................................................................6

4.      What is your average bet size when you gamble at **[PROPERTIES FROM Q2]?** If you only play poker, please just list the stakes you play for. **Min =0 max = 10,000**

5.    On your visits to **[PROPERTIES FROM Q2]** over the past year, on average, how long do you gamble? **MIN=0 HRS 0 MIN MAX = 24 HRS 59 MIN**

__hrs

__min

6.    Sports betting was legalized in Washington in 2020, and in 2021 the first retail sports book opened in Washington.

While betting on thoroughbred racing was legal prior to this, betting on sports like football, baseball, and basketball became legal in Washington in September 2021.

All the currently legal sports books in Washington are located at tribal casinos.

Since the first legal sports books opened in Washington in September of 2021, have you placed at least one sports bet in-person at a sportsbook located in the state of Washington?

Yes ................................................................................. 1
No.................................................................................... 2
Don't know ..................................................................... 3

**[IF NO IN Q6, ASK Q7]**

7.    How interested or uninterested are you in placing an in-person sports bet at a sportsbook located in Washington at some point in the future?

Very interested ............................................................... 1
Somewhat interested ...................................................... 2
Not very interested ......................................................... 3
Not at all interested ........................................................ 4
Don't know ..................................................................... 5

**[IF YES IN Q6, ASK Q8]**

8.    Thinking about all the times you have placed a sports bet at a casino in Washington, has there ever been an occasion where you specifically went to a casino to place a sports bet – and would not have visited that casino if sports betting was not available?

Yes ................................................................................. 1
No.................................................................................... 2
Don't know ..................................................................... 3

16

**[IF YES IN Q8, ASK Q9]**

9.      Thinking back to the times that you visited a casino in Washington and placed a sports bet, if **[PROPERTIES FROM Q2]** offered sports betting, would you have ever visited one of these properties to place that sports bet **instead** of the casino where you placed the bet, or would you still have always gone to the casino where you placed that sports bet?

I definitely would have visited **[PROPERTIES FROM Q2]**
to place a sports bet instead of the casino where I bet...1
I probably would have visited **[PROPERTIES FROM Q2]**
to place a sports bet instead of the casino where I bet...2
I probably would not have visited **[PROPERTIES FROM Q2]**
to place a sports bet instead of the casino where I bet...3
I definitely would not have visited **[PROPERTIES FROM Q2]**
to place a sports bet instead of the casino where I bet...4
Don't know ...................................................................5

10.     Have you ever visited a casino that is less conveniently located than **[PROPERTIES FROM Q2]** to bet on casino games those properties don't offer, such as craps and roulette?

Yes ...............................................................................1
No...................................................................................2
Don't know ...................................................................3

**[IF YES IN Q6, ASK Q11]**

11.     When you think about the money you have used to place a sports bet at a casino in Washington, how much of that money came from the following sources? Please make sure your responses add up to 100%

Money you are currently wagering at
**[PROPERTIES FROM Q2]** .............................................1
Money you are currently wagering elsewhere,
such as at other casinos or playing the Lottery. .............2
Money you are currently betting on sports elsewhere,
including at other casinos, in other states, at offshore
casinos or through some other means...........................3
Money you are not currently spending on wagering .......4

17

12.    Earlier in this survey, you indicated that you have gambled at **[PROPERTIES FROM Q2]**. If any or all of those properties made sports betting available on-site - assuming that they offered bets similar to other sports books currently operating in Washington -  would you wager on sports betting at any of these properties or not?

Yes, I definitely would ....................................................1
I probably would ...............................................................2
I probably would not .........................................................3
I definitely would not..........................................................4
Don't know ........................................................................5

13.    Earlier in this survey, you indicated that you have gambled at **[PROPERTIES FROM Q2]**. If any or all of those properties let you bet on casino games they don't currently offer, like craps and roulette, would you visit any of those properties in order to gamble on those games?

Yes, I definitely would ....................................................1
I probably would ...............................................................2
I probably would not .........................................................3
I definitely would not..........................................................4
Don't know ........................................................................5

**[IF YES DEFINITELY OR I PROBABLY WOULD IN Q12, ASK Q14 AND Q15]**

14.    If you did visit **[PROPERTIES FROM Q2]** and placed a sports bet, would you:

Visit the property and only place a sports bet – I
would not participate in any other form of
gambling on those trips.....................................................1
Visit the property and place other wagers.......................2
Don't know ........................................................................3

15.    If you did place a sports bet at **[PROPERTIES FROM Q2]**, how much of the money would come from each of the following sources of spending? Please make sure your responses add up to 100%.

Money you are currently wagering at
**[PROPERTIES FROM Q2]** .............................................1
Money you are currently wagering elsewhere,
such as at other casinos or playing the Lottery. ............2
Money you are currently betting on sports elsewhere,
including at other casinos, in other states, at offshore
casinos or through some other means...........................3
Money you are not currently spending on wagering ......4

18

16.    If you did place a bet on games like craps or roulette at **[PROPERTIES FROM Q2]**, how much of the money would come from each of the following sources of spending? Please make sure your responses add up to 100%.

Money you are currently wagering at
**[PROPERTIES FROM Q2]** ............................................ 1
Money you are currently wagering elsewhere,
such as at other casinos or playing the Lottery. ............. 2
Money you are currently betting on sports elsewhere,
including at other casinos, in other states, at offshore
casinos or through some other means............................ 3
Money you are not currently spending on wagering ....... 4

These last questions are for demographic purposes only.

17.    What is your age? **MIN=18 MAX =99**

18.    What is your gender?

    •

Male................................................................................ 1
Female ............................................................................ 2

Thank you for participating in this survey. In order to be eligible for the drawing of **$200 and to receive $20 in Match Play,** please enter your:

Maverick Loyalty Number_____
Phone Number_____
Email Address_____

To receive the $20 in Match Play and to be entered into the $200 drawing, you must enter both your Maverick Loyalty Number and Email Address. If you do not have a Maverick Loyalty number, please enter your phone number and or/email address, and you will be sent a link to sign up for a Maverick Loyalty account in order to claim your $20 in Match Play.

**Appendix IV: Summary of Statistical Assessment**

| Location | Category | Sample Size | Assumed Universe | Fielding Error Assumption | Mean Hyper Geometric Approximation | Var. HyperGeometric Approx. | Test Z | P_One-Tailed | P_Two-Tailed |
|---|---|---|---|---|---|---|---|---|---|
| Current Sports Bettors, Lost Maverick Gaming Revenue | 63 | 627 | 270,000 | 0.05 | 31.35 | 29.71344847 | 5.80626944 | 3.19401E-09 | 6.38801E-09 |
| Would Bet on Sports at a Maverick Gaming Property, New Revenue | 172 | 627 | 270,000 | 0.05 | 31.35 | 29.71344847 | 25.80258442 | 0 | 0 |
| Would Bet on Class III Gaming at a Maverick Gaming Property, New Revenue | 168 | 627 | 270,000 | 0.05 | 31.35 | 29.71344847 | 25.06877469 | 0 | 0 |