**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MAVERICK GAMING LLC, | Case No.: 22-cv-05325-DGE |
| Plaintiff, | |
| v. | **DECLARATION OF SCOTT CROWELL IN SUPPORT OF MOTION FOR LIMITED INTERVENTION** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

I, SCOTT CROWELL declare:

1.    I am counsel for Proposed Limited Intervenor, Shoalwater Bay Indian Tribe of the Shoalwater Bay Indian Reservation ("Tribe") in the above-captioned matter and provide this Declaration in support of the Tribe's Motion for Limited Intervention (Dkt. 68).

Declaration of Scott Crowell in Support of Motion for
Limited Intervention
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Offices-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8, Sedona, AZ 86336
Tel: (425) 802-5369

2. I am over the age of eighteen and make this declaration based on personal knowledge, information, and belief. If called as a witness, I am competent to testify under oath about the matters in this Declaration.

3. Attached hereto as Ex. 1 is a true and correct copy of Brief of Appellant Seminole Tribe of Florida, filed in *West Flagler Associates v. Haaland*, (D.C. Cir. Dkts. 21-5265 & 22-5022).

4. Attached hereto as Ex. 2 is a true and correct copy of Federal Appellees' Answering Brief, *Backcountry Against Dumps v. United States*, (9th Cir. Dkt. 21-55869).

5. Attached hereto as Ex. 3(A) is a true and correct copy of docket sheet printed from the pacer webpage in Maverick's *Knox v. U.S. Dep't of Interior*, (case no. 4:09-cv-00162) (D. Idaho).

6. Attached hereto as Ex. 3(A) is a true and correct copy of docket sheet printed from the pacer webpage in *Knox v. U.S. Dep't of Interior*, (case no. 4:09-cv-00162) (D. Idaho).

7. Attached hereto as Ex. 3(B) is a true and correct copy of Federal Defendants' Motions for Reconsideration and Summary Judgment, docket entry # 51 in *Knox v. U.S. Dep't of Interior*, (case no. 4:09-cv-00162) (D. Idaho).

8. Attached hereto as Ex. 3(C) is a true and correct copy of Amicus Brief of the Shoshone Bannock Tribes Supporting Reconsideration of the Court's Order of December 27, 2010, docket entry # 53-2 in *Knox v. U.S. Dep't of Interior*, (case no. 4:09-cv-00162) (D. Idaho).

9. Attached hereto as Ex. 3(D) is a true and correct copy of Memorandum of Decision and Order of September 22, 2011, docket entry # 77 in *Knox v. U.S. Dep't of Interior*, (case no. 4:09-cv-00162) (D. Idaho).

10. Attached hereto as Ex. 3(E) is a true and correct copy of Stipulation for Dismissal Without Prejudice, docket entry # 86 in *Knox v. U.S. Dep't of Interior*, (case no. 4:09-cv-00162) (D. Idaho).

Declaration of Scott Crowell in Support of Motion for
Limited Intervention
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89A, Suite 8, Sedona, AZ 86336
Tel: (425) 802-5369

1

2      I declare under penalty of perjury that the foregoing is true and correct.

3

       Executed this 19th Day of August, 2022.

4

5

6                                           _____
                                           SCOTT CROWELL, legal counsel for
7                                           Proposed Intervenor Shoalwater Indian Bay Tribe

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Scott Crowell in Support of Motion for          Scott D. Crowell
Limited Intervention                        Crowell Law Offices-Tribal Advocacy Group
Case No. 22-cv-05325-DGE        1487 W. State Route 89A, Suite 8, Sedona, AZ 86336
                                                   Tel: (425) 802-5369