# EXHIBIT "3(A)"

**Query**     **Reports**     **Utilities**     **Help**     **Log Out**

LC1,TERMED

# U.S. District Court
# District of Idaho (LIVE) NextGen 1.6 (Pocatello - Eastern)
# CIVIL DOCKET FOR CASE #: 4:09-cv-00162-BLW

| | |
|---|---|
| Knox et al v. United States Department of Interior et al | Date Filed: 04/08/2009 |
| Assigned to: Judge B Lynn Winmill | Date Terminated: 04/16/2012 |
| Cause: 18:4208(B) Agency Action Review | Jury Demand: Plaintiff |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Wendy Knox**     represented by    **Curt R Thomsen**
Thomsen Holman Wheiler, PLLC
2635 Channing Way
Idaho Falls, ID 83404
208-522-1230
Email: thomsen@thwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Wood**
Wood Law Group, PC
1488 Midway Avenue
Idaho Falls, ID 83406
(208) 497-0400
Email: jason@woodlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Dotson**     represented by    **Curt R Thomsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Wood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Interior**     represented by     **Samantha Klein Frank**
US Department of Justice
POB 663
Washington, DC 20036
202-305-0474
Email: samantha.frank@usdoj.gov
*TERMINATED: 12/28/2011*
*ATTORNEY TO BE NOTICED*

**Tyler Bair**
U.S. Department of Justice
P.O. Box 0663
Washington, DC 20044-0663
202-307-3316
Email: tyler.bair@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth Lee Salazar**     represented by     **Samantha Klein Frank**
*Secretary of the Interior*                                 (See above for address)
*TERMINATED: 12/28/2011*
*ATTORNEY TO BE NOTICED*

**Tyler Bair**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. L. Otter**     represented by     **Clay R Smith**
*Governor of the State of Idaho*                   OFFICE OF ATTORNEY GENERAL
*TERMINATED: 12/27/2010*                        POB 83720
Boise, ID 83720-0010
(208) 334-4118
Fax: (208) 854-8073
Email: crsmith73@outlook.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Fermin Hensley**
OFFICE OF THE GOVERNOR
304 N. 8th St
Boise, ID 83720
(208) 334-2100
Fax: (208) 334-2189

>Email: dhensley@gov.idaho.gov
>*ATTORNEY TO BE NOTICED*
>
>**Michael S Gilmore**
>OFFICE OF ATTORNEY GENERAL
>Statehouse Rm 210
>Boise, ID 83720
>(208) 334-2400
>Fax: (208) 854-8073
>Email: mike.gilmore@ag.idaho.gov
>*ATTORNEY TO BE NOTICED*

**Amicus**

**Shoshone Bannock Tribes** represented by **Scott D Crowell**
>Crowell Law Offices-Tribal Advocacy Group
>1487 W. State Route 89A, Suite 8
>Sedona, AZ 86336
>425-802-5369
>Email: scottcrowell@hotmail.com
>*PRO HAC VICE*
>*ATTORNEY TO BE NOTICED*
>
>**William F Bacon**
>SHOSHONE-BANNOCK TRIBES
>1600 Arlington
>Pocatello, ID 83204
>208-478-3822
>Email: bbacon@sbtribes.com
>*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2009 | 1 | COMPLAINT *FOR DECLARATORY AND INJUNCTIVE RELIEF* against all defendants ( Filing fee $ 350 receipt number 0976000000000463245.), filed by Wendy Knox, Richard Dotson. (Attachments: # 1 Cover Sheet Civil Cover Sheet, # 2 Summons Department of Interior, # 3 Summons Secretary of Interior, # 4 Summons Governor)(Wood, T.) |
| 04/09/2009 | | Summons Issued as to United States Department of Interior, Kenneth Lee Salazar, C. L. Otter. (jlg) |
| 06/11/2009 | 2 | MOTION to Stay *and/or For Extension of Time* T. Jason Wood appearing for Plaintiffs Wendy Knox, Richard Dotson. Responses due by 7/6/2009 (Attachments: # 1 Affidavit Declaration in Support of Motion, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration, # 4 Exhibit 3 to Declaration)(Wood, T.) |

| 06/11/2009 | 3 | DOCKET ENTRY ORDER - Pending before the Court is Plaintiffs' Motion to Stay or for an Extension of Time 2 . The Court having reviewed the pleadings shall grant the motion to Stay. IT IS HEREBY ORDERED THAT all proceedings in this case are stayed. Pursuant to Federal Rule of Civil Procedure 4(m), and Local Rule 6.1, the deadline within which the Complaint is required to be served on the defendants is extended until after the Idaho Supreme Court issues its decision in Knox v. State of Idaho, Docket No. 35787. Plaintiffs shall immediately notify this Court when such a decision is received. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by sbh) |
|---|---|---|
| 03/31/2010 | 4 | AMENDED COMPLAINT against C. L. Otter, Kenneth Lee Salazar, United States Department of Interior, filed by Wendy Knox, Richard Dotson.(Wood, T.) |
| 03/31/2010 | 5 | MOTION to Dissolve Stay re 3 Order on Motion to Stay,,, Clay R Smith appearing for Defendant C. L. Otter. Responses due by 4/26/2010 (Smith, Clay) |
| 03/31/2010 | 6 | DOCKET ENTRY ORDER - Pending before the Motion 5 upon Defendant C.L. Otter's Motion to Dissolve Stay. The Court having considered the pleadings shall grant the Motion. IT IS HEREBY ORDERED THAT the Stay entered herein on June 11, 2009 is hereby lifted. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by sbh) |
| 04/01/2010 | 7 | WAIVER OF SERVICE Returned Executed by Wendy Knox, Richard Dotson. C. L. Otter waiver sent on 2/4/2010, answer due 4/5/2010. (Wood, T.) |
| 04/07/2010 | 8 | MOTION to Dismiss *Amended Complaint (Doc. 4) by Defendant C.L. Otter* Clay R Smith appearing for Defendant C. L. Otter. Responses due by 5/3/2010 (Attachments: # 1 Memorandum in Support of Defendant C.L. Otter's Motion To Dismiss Amended Complaint (Doc. 4), # 2 Affidavit Declaration of Clay R. Smith, # 3 Exhibit 1: Affidavit of Miren E. Artiach (dated February 18, 2004 and filed on February 20, 2004 in Shoshone-Bannock Tribes v. State of Idaho et al., Nos. CIV 01-52-E-BLW & CIV 01-171-E-BLW (D. Idaho)), # 4 Exhibit 2: Opinion (filed on August 22, 2002 in In re Petition to Determine Constitutionality of Indian Gaming Initiative, No. 28590 (Idaho S. Ct.), and reported at 137 Idaho 798, 53 P.3d 1217), # 5 Exhibit 3: Order (filed on June 2, 2003 in In re Matter of the Petition/Action to Determine the Constitutionality Idaho Code Sections 67-429B and 67-429C, Enacted in the Indian Gaming Initiative, Proposition One, No. 29226 (Idaho S. Ct.)), # 6 Exhibit 4: Order (filed on October 16, 2003 in In re Matter of the Petition/Action to Determine the Constitutionality Idaho Code Sections 67-429B and 67-429C, Enacted in the Indian Gaming Initiative, Proposition One, No. 29226 (Idaho S. Ct.)), # 7 Exhibit 5: The Shoshone-Bannock Tribes and the State of Idaho Compact for Class III Gaming (dated February 18, 2000 and filed on January 31, 2001 in Shoshone-Bannock Tribes v. State of Idaho et al., Nos. CIV 01-52-E-BLW & CIV 01-171-E-BLW (D. Idaho)), # 8 Exhibit 6: Memorandum Decision and Order (filed on April 9, 2004 in Shoshone-Bannock Tribes v. State of Idaho et al., Nos. CIV 01-52-E-BLW & CIV 01-171-E-BLW (D. Idaho)), # 9 Exhibit 7: Opinion (filed on October 11, 2006 in State of Idaho v. Shoshone-Bannock Tribes, No. 04-35636 (9th Cir.), and reported at 465 F.3d 1095), # 10 Exhibit 8: Complaint for Declaratory and Other Relief (filed on March 13, 2008 in Knox v. State ex rel. Otter, |

| | | |
|---|---|---|
| | | No. CV-2008-667 (Idaho 7th Jud. Dist., Bingham County), # 11 Exhibit 9: Amended Complaint for Declaratory Judgment (filed on June 2, 2008 in Knox v. State ex rel. Otter, No. CV-2008-667 (Idaho 7th Jud. Dist., Bingham County), # 12 Exhibit 10: Order Granting Defendants' Motion to Dismiss (filed on September 22, 2008 in Knox v. State ex rel. Otter, No. CV-2008-667 (Idaho 7th Jud. Dist., Bingham County)), # 13 Exhibit 11: Judgment (filed on September 25, 2008 in Knox v. State ex rel. Otter, No. CV-2008-667 (Idaho 7th Jud. Dist., Bingham County)), # 14 Exhibit 12: Opinion (filed on November 27, 2009 in Knox v. State ex rel. Otter, No. 35787-2008 (Idaho S. Ct.), and reported at 223 P.3d 266), # 15 Exhibit 13: Order Denying Petition for Rehearing (filed on January 8, 2010 in Knox v. State ex rel. Otter, No. 35787-2008 (Idaho S. Ct.))) (Smith, Clay) |
| 04/07/2010 | 9 | MOTION to Strike *[8-1] MEMORANDUM in Support of Motion (Doc. 8) to Dismiss Amended Complaint (Doc. 4) by Defendant C.L. Otter,* T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 5/3/2010 (Wood, T.) |
| 04/08/2010 | 10 | NOTICE by Richard Dotson, Wendy Knox re 9 MOTION to Strike *[8-1] MEMORANDUM in Support of Motion (Doc. 8) to Dismiss Amended Complaint (Doc. 4) by Defendant C.L. Otter, WITHDRAWING SAID MOTION* (Wood, T.) |
| 04/12/2010 | 11 | DOCKET ENTRY NOTICE of Hearing on 8 Motion to Dismiss Amended Complaint: Motion Hearing set for 7/1/2010 at 3:00 PM in Pocatello, ID before Judge B. Lynn Winmill. (jlg) |
| 04/28/2010 | 12 | MEMORANDUM in Opposition re 8 MOTION to Dismiss *Amended Complaint (Doc. 4) by Defendant C.L. Otter* filed by Richard Dotson, Wendy Knox. Replies due by 5/17/2010.(Wood, T.) |
| 04/28/2010 | 13 | DECLARATION of T. Jason Wood re 8 MOTION to Dismiss *Amended Complaint (Doc. 4) by Defendant C.L. Otter*, 12 Memorandum in Opposition to Motion filed by Richard Dotson, Wendy Knox. (Attachments: # 1 Exhibit 1)(Wood, T.) |
| 05/03/2010 | 14 | AMENDED DOCKET ENTRY NOTICE of Hearing on 8 MOTION to Dismiss *Amended Complaint* : The Motion hearing set for 7/1/2010 at 3:00 PM is hereby VACATED and RESCHEDULED for 8/25/2010 at 3:00 PM in Pocatello, ID before Judge B. Lynn Winmill. (jlg) |
| 05/14/2010 | 15 | REPLY to Response to Motion re 8 MOTION to Dismiss *Amended Complaint (Doc. 4) by Defendant C.L. Otter* filed by C. L. Otter.(Smith, Clay) |
| 05/27/2010 | 16 | NOTICE of Appearance by Samantha Klein on behalf of Kenneth Lee Salazar, United States Department of Interior (Klein, Samantha) |
| 07/02/2010 | 17 | MOTION to Dismiss, MOTION to Dismiss for Lack of Jurisdiction ( Responses due by 7/26/2010)Samantha Klein appearing for Defendants Kenneth Lee Salazar, United States Department of Interior. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Exhibit 1, # 3 Affidavit Declaration of Paula L. Hart)(Klein, Samantha) |
| 07/06/2010 | 18 | DOCKET ENTRY NOTICE of Hearing on Motions re 17 Motion to Dismiss, and 8 Motion to Dismiss: Motion Hearing set for 8/25/2010 at 3:00 PM in Pocatello, ID before Judge B. Lynn Winmill. (jlg) |

| | | |
|---|---|---|
| 07/21/2010 | 19 | MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 8/16/2010 (Wood, T.) |
| 07/26/2010 | 20 | NOTICE of Appearance by Tyler Bair on behalf of Kenneth Lee Salazar, United States Department of Interior (Bair, Tyler) |
| 07/28/2010 | 21 | DOCKET ENTRY ORDER granting 19 Motion for Extension of Time to File Response/Reply. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dm) |
| 07/28/2010 | | Reset Deadlines as to 17 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction. Responses due by 8/2/2010. Per Order dkt #21. (cjm) (Entered: 07/29/2010) |
| 07/28/2010 | | Reset Deadlines as to 17 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction. Responses due by 8/2/2010. Per Order dkt #21. (cjm) (Entered: 08/02/2010) |
| 08/02/2010 | 22 | RESPONSE to Motion re 17 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction filed by Richard Dotson, Wendy Knox. Replies due by 8/19/2010. (Attachments: # 1 Affidavit of Richard Dotson)(Wood, T.) |
| 08/03/2010 | 23 | MOTION to Amend/Correct 4 Amended Complaint T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 8/27/2010 (Attachments: # 1 Exhibit Proposed Second Amended Complaint, # 2 Memorandum in Support)(Wood, T.) |
| 08/13/2010 | 24 | MOTION to Stay re 23 MOTION to Amend/Correct 4 Amended Complaint *Motion to Stay Time to Respond (Unopposed)* ( Responses due by 9/7/2010), MOTION for Extension of Time to File Response/Reply *(Unopposed)* Samantha Klein Frank appearing for Defendants Kenneth Lee Salazar, United States Department of Interior. (Frank, Samantha) |
| 08/16/2010 | 25 | MOTION to Stay re 23 MOTION to Amend/Correct 4 Amended Complaint *Motion to Stay Time To Respond to Plaintiffs' Motion for Leave to Amend Complaint (Doc. 23) by Defendant C.L. Otter* Clay R Smith appearing for Defendant C. L. Otter. Responses due by 9/10/2010 (Smith, Clay) |
| 08/19/2010 | 26 | REPLY to Response to Motion re 17 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction filed by Kenneth Lee Salazar, United States Department of Interior. (Frank, Samantha) |
| 08/25/2010 | 27 | DECLARATION of T. Jason Wood in Opposition re 17 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction. (Attachments: # 1 Exhibit 1-Brief in Support of Petition for Rehearing)(Wood, T.) Modified on 8/26/2010 to correct link from 26 to 17 and text in title of exhibit per Minute Entry dkt #28 (cjm). |
| 08/25/2010 | 28 | Minute Entry for proceedings held before Judge B. Lynn Winmill: Motion Hearing held on 8/25/2010 re 17 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction |

| | | |
|---|---|---|
| | | filed by United States Department of Interior, Kenneth Lee Salazar, 8 MOTION to Dismiss *Amended Complaint (Doc. 4) by Defendant C.L. Otter* filed by C. L. Otter. Matters deemed UNDER ADVISEMENT. (Court Reporter/ESR Tammy Hohenleitner.) (lg) |
| 08/27/2010 | 29 | DOCKET ENTRY ORDER Finding that the motion to amend will be decided along with the motions to dismiss, and finding that briefing should proceed on the motion to amend, NOW THEREFORE IT IS HEREBY ORDERED, that the motion to stay 24 is DENIED. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dm) |
| 08/27/2010 | 30 | DOCKET ENTRY ORDER Finding that the motion to amend will be decided along with the motions to dismiss, and finding that briefing should proceed on the motion to amend, NOW THEREFORE IT IS HEREBY ORDERED, that the motion to stay 25 is DENIED. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dm) |
| 08/29/2010 | 31 | MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Amend/Correct 4 Amended Complaint Clay R Smith appearing for Defendant C. L. Otter. Responses due by 9/23/2010 (Smith, Clay) |
| 08/30/2010 | 32 | DOCKET ENTRY ORDER - Pending before the Court is the Motion 31 by Defendant C.L. Otter's Motion for an Extension of Time to Respond to Plaintiffs' Motion to Amend the Complaint. The Court having considered the pleadings shall grant the Motion. NOW WHEREFORE, IT IS HEREBY ORDERED THAT Defendant Otter's time to respond to Plaintiffs' Motion for Leave to Amend the Complaint 23 is extended until September 3, 2010. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by sbh) |
| 09/02/2010 | 33 | MOTION for Extension of Time to File Response/Reply *Filed Unopposed* Tyler Bair appearing for Defendants Kenneth Lee Salazar, United States Department of Interior. Responses due by 9/27/2010 (Attachments: # 1 Proposed Order)(Bair, Tyler) |
| 09/03/2010 | 34 | RESPONSE to Motion re 23 MOTION to Amend/Correct 4 Amended Complaint filed by C. L. Otter. Replies due by 9/20/2010.(Smith, Clay) |
| 09/06/2010 | 35 | DOCKET ENTRY ORDER - Pending before the Court is the unopposed Motion 23 for an extension of time for the Federal Defendants' and the State Defendant's to respond to Plaintiffs' Motion for Leave to Amend Complaint. The Court having considered the pleadings shall grant the Motion. IT IS HEREBY ORDERED THAT the deadline shall be extended to September 17, 2010. Plaintiffs' combined brief in reply to both responses, which will not exceed 20 pages, is to be filed by the date reflected on the ECF notice generated by Federal Defendants' filing of their response brief. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by sbh) |
| 09/06/2010 | | Reset Deadlines as to 23 MOTION to Amend/Correct 4 Amended Complaint. Responses due by 9/17/2010. Per Order dkt #35. (cjm) (Entered: 09/08/2010) |
| 09/14/2010 | 36 | Second MOTION for Extension of Time to File Response/Reply as to 23 MOTION to |

| | | |
|---|---|---|
| | | Amend/Correct 4 Amended Complaint, Set Motion and R&R Deadlines/Hearings Samantha Klein Frank appearing for Defendants Kenneth Lee Salazar, United States Department of Interior. Responses due by 10/8/2010 (Attachments: # 1 Proposed Order) (Frank, Samantha) |
| 09/15/2010 | 37 | DOCKET ENTRY ORDER - Pending before the Court is the Motion 36 for a second extension of time for the Federal Defendants' and the State Defendants to respond to Plaintiffs' Motion for Leave to Amend the Complaint. The Court having considered the pleadings shall grant the Motion. IT IS HEREBY ORDERED THAT the deadline shall be extended to October 1, 2010. Plaintiffs' combined brief in reply to both responses, which will not exceed 20 pages, is to be filed by the date reflected on the ECF notice generated by Federal Defendants' filing of their response brief. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by sbh) |
| 09/15/2010 | | Set/Reset Deadlines as to 23 MOTION to Amend/Correct 4 Amended Complaint. Responses due by 10/1/2010. Per Order dkt #37. (cjm) (Entered: 09/23/2010) |
| 09/21/2010 | 38 | Transcript of Proceedings held on 8/25/2010 (Motion Hearing) before Judge B. Lynn Winmill. Court Reporter/Transcriber Tammy Hohenleitner, Telephone number 208-334-1500. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. This transcript is not available to the general public and as such is sealed. Redaction Request due 10/15/2010. Redacted Transcript Deadline set for 10/25/2010. Release of Transcript Restriction set for 12/23/2010.(cjm) |
| 09/21/2010 | 39 | Notice of Filing of Official Transcript (cjm) |
| 09/23/2010 | | CORRECTIVE ENTRY - The entry document number 36 Second MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Amend/Correct 4 Amended Complaint, Set Motion and R&R Deadlines/Hearings filed by United States Department of Interior, Kenneth Lee Salazar in regards to the proposed order, was filed incorrectly in this case. Pursuant to the ECF Procedures, section 12B, all proposed orders are to be submitted by email to the appropriate Judges proposed order email box. No action is needed by the filing party for this proposed order as the Court has already issued an Order. (cjm) |
| 10/01/2010 | 40 | RESPONSE to Motion re 23 MOTION to Amend/Correct 4 Amended Complaint filed by Kenneth Lee Salazar, United States Department of Interior. Replies due by 10/18/2010.(Bair, Tyler) |
| 10/28/2010 | 41 | MOTION for Extension of Time to File Response/Reply as to 40 Response to Motion, 23 MOTION to Amend/Correct 4 Amended Complaint T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 11/22/2010 (Wood, T.) |
| 10/29/2010 | 42 | DOCKET ENTRY ORDER Finding good cause therefore, NOW THEREFORE IT IS HEREBY ORDERED, that the motion for extension of time 41 is GRANTED, and plaintiffs shall file their reply brief to the motion to amend 23 on or before November 12, 2010. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered |

| | | |
|---|---|---|
| | | Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dm) |
| 10/29/2010 | | Set/Reset Deadlines as to 23 MOTION to Amend/Correct 4 Amended Complaint. Replies due by 11/12/2010. Per Order dkt #42.(cjm) (Entered: 11/02/2010) |
| 11/10/2010 | 43 | MOTION for Extension of Time to File Response/Reply as to 40 Response to Motion T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 12/6/2010 (Wood, T.) |
| 11/12/2010 | 44 | DOCKET ENTRY ORDER granting 43 Motion for Extension of Time to File Response/Reply. Plaintiffs shall file their reply brief to the motion to amend 23 on or before November 30, 2010. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dm) |
| 11/12/2010 | | Reset Deadlines as to 23 MOTION to Amend/Correct 4 Amended Complaint. Replies due by 11/30/2010. Per Order dkt #44.(cjm) (Entered: 11/16/2010) |
| 11/30/2010 | 45 | REPLY to Response to Motion re 23 MOTION to Amend/Correct 4 Amended Complaint filed by Richard Dotson, Wendy Knox.(Wood, T.) |
| 12/27/2010 | 46 | MEMORANDUM DECISION AND ORDER granting 8 Motion to Dismiss; denying 17 Motion to Dismiss; denying 17 Motion to Dismiss for Lack of Jurisdiction; denying 23 Motion to Amend/Correct. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dks) |
| 01/03/2011 | 47 | NOTICE of Hearing: A Telephonic Scheduling Conference is set for 2/8/2011 at 2:00 PM before Judge B. Lynn Winmill. (Attachments: # 1 Litigation Plan Letter, # 2 Litigation Plan)(jlg) |
| 02/03/2011 | 48 | SCHEDULING CONFERENCE FORM - LITIGATION PLAN by Richard Dotson, Wendy Knox, C. L. Otter, Kenneth Lee Salazar, United States Department of Interior. (Attachments: # 1 Proposed Schedule, # 2 Attachment)(Bair, Tyler) |
| 02/08/2011 | 49 | CASE MANAGEMENT ORDER re 46 Memorandum Decision and Order. Federal Defendants; Kenneth Lee Salazar answer due 2/18/2011; United States Department of Interior answer due 2/18/2011. Defendant's Motions for Reconsideration due by 3/4/2011 with response and reply deadlines set forth in Order. Federal Defendants shall lodge the Administrative Record by 4/8/2011. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by cjm) (Entered: 02/09/2011) |
| 02/18/2011 | 50 | ANSWER to 4 Amended Complaint by Kenneth Lee Salazar, United States Department of Interior.(Bair, Tyler) |
| 03/04/2011 | 51 | MOTION for Reconsideration ( Responses due by 3/28/2011), MOTION for Summary Judgment Tyler Bair appearing for Defendants Kenneth Lee Salazar, United States Department of Interior. (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts, # 3 Proposed Order, # 4 Declaration of Lionel Q. Boyer, # 5 Declaration of Nathan Small)(Bair, Tyler) |

| | | |
|---|---|---|
| 03/04/2011 | | CORRECTIVE ENTRY - The entry document number 51 MOTION for Reconsideration MOTION for Summary Judgment filed by United States Department of Interior, Kenneth Lee Salazar in regards to the proposed order, was filed incorrectly in this case. Pursuant to the ECF Procedures, section 12B, all proposed orders are to be submitted by email to the appropriate Judges proposed order email box. The filing party shall re-submit their proposed order. (cjm) |
| 03/04/2011 | 52 | SUPPLEMENT by Defendants Kenneth Lee Salazar, United States Department of Interior re 51 MOTION for Reconsideration MOTION for Summary Judgment *(Declaration of Ty Bair)*. (Attachments: # 1 Exhibit to Memorandum of Law)(Bair, Tyler) |
| 03/10/2011 | 53 | MOTION to File Amicus Brief *supporting*, MOTION for Reconsideration re 46 Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Amend/Correct, Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Amend/Correct ( Responses due by 4/4/2011)William F Bacon appearing for Amicus Shoshone Bannock Tribes. (Attachments: # 1 Exhibit, # 2 Memorandum in Support Amicus Brief, # 3 Proposed Order, # 4 Notice of Special Appearance)(Bacon, William) |
| 03/11/2011 | | CORRECTIVE ENTRY - The entry document number 53 MOTION to File Amicus Brief *supporting* MOTION for Reconsideration re 46 Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Amend/Correct, Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Di filed by Shoshone Bannock Tribes in regards to the proposed order, was filed incorrectly in this case. Pursuant to the ECF Procedures, section 12B, all proposed orders are to be submitted by email to the appropriate Judges proposed order email box. The filing party shall re-submit their proposed order.(cjm) |
| 03/28/2011 | 54 | MOTION FOR PRO HAC VICE APPEARANCE by Scott Crowell. ( Filing fee $ 200 receipt number 0976-729947.)William F Bacon appearing for Amicus Shoshone Bannock Tribes. Responses due by 4/21/2011 (Bacon, William) |
| 04/04/2011 | 55 | MOTION for Extension of Time to File Response/Reply as to 51 MOTION for Reconsideration MOTION for Summary Judgment T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 4/28/2011 (Wood, T.) |
| 04/04/2011 | 56 | MEMORANDUM in Opposition re 53 MOTION to File Amicus Brief *supporting* MOTION for Reconsideration re 46 Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Amend/Correct, Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Di filed by Richard Dotson, Wendy Knox. Replies due by 4/21/2011.(Wood, T.) |
| 04/05/2011 | 57 | DOCKET ENTRY ORDER granting 55 Motion for Extension of Time to File Response/Reply. Plaintiffs shall file their response to defendants' motion to reconsider and for summary judgment 51 on or before April 8, 2011. Defendants shall file their reply brief on or before May 6, 2011. Signed by Judge B. Lynn Winmill. (caused to be |

| | | |
|---|---|---|
| | | mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dm) |
| 04/05/2011 | 58 | DOCKET ENTRY ORDER approving 54 Motion for Pro Hac Vice Appearance of attorney Scott D Crowell for Shoshone Bannock Tribes. Per General Order 206, out-of-state counsel shall immediately register for ECF. (Notice sent to CM/ECF Registration Clerk) (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by cjm) |
| 04/05/2011 | | Reset Deadlines as to 51 MOTION for Reconsideration MOTION for Summary Judgment. Responses due by 4/8/2011. Replies due by 5/6/2011. Per Order dkt #57. (cjm) |
| 04/08/2011 | 59 | NOTICE by Kenneth Lee Salazar, United States Department of Interior *Notice of Lodging Administrative Record* (Attachments: # 1 Exhibit Index of Administrative Record, # 2 Exhibit Privilege Log, # 3 Affidavit Certification of Administrative Record, # 4 Affidavit Affidavit for Privilege Log)(Frank, Samantha) Modified on 6/17/2021, lodging of 2 cd's of the administrative record and maintained in the Clerk's office file room (jd). |
| 04/08/2011 | 60 | MEMORANDUM in Opposition re 51 MOTION for Reconsideration MOTION for Summary Judgment filed by Richard Dotson, Wendy Knox. Replies due by 4/25/2011. (Attachments: # 1 Affidavit Declaration of Richard Dotson)(Wood, T.) |
| 04/08/2011 | | Reset Deadlines as to 51 MOTION for Reconsideration MOTION for Summary Judgment. Replies due by 5/6/2011. Per Order dkt #57.(cjm) (Entered: 04/13/2011) |
| 04/18/2011 | 61 | REPLY to Response to Motion re 53 MOTION to File Amicus Brief *supporting* MOTION for Reconsideration re 46 Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Amend/Correct, Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Di filed by Shoshone Bannock Tribes.(Crowell, Scott) |
| 05/02/2011 | 62 | Consent MOTION for Extension of Time to File Response/Reply as to 51 MOTION for Reconsideration MOTION for Summary Judgment Tyler Bair appearing for Defendants Kenneth Lee Salazar, United States Department of Interior. Responses due by 5/26/2011 (Bair, Tyler) |
| 05/03/2011 | 63 | DOCKET ENTRY ORDER granting 62 Motion for Extension of Time to File Response/Reply. The Government shall file its reply brief on or before May 13, 2011. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dm) |
| 05/04/2011 | | Set/Reset Deadlines as to 51 MOTION for Reconsideration MOTION for Summary Judgment. Responses due by 5/13/2011 as per Order dkt 63(jm) |
| 05/13/2011 | 64 | REPLY to Response to Motion re 51 MOTION for Reconsideration MOTION for Summary Judgment filed by Kenneth Lee Salazar, United States Department of Interior. (Bair, Tyler) |
| 05/18/2011 | 65 | MOTION to File Amicus Brief *Addressing Plaintiff's Exclusion from SBT Gaming* |

| | | |
|---|---|---|
| | | *Facilities* Scott D Crowell appearing for Amicus Shoshone Bannock Tribes. Responses due by 6/13/2011 (Attachments: # 1 Memorandum in Support of U.S. Motion for Reconsideration, # 2 Affidavit of Marvin Osborne)(Crowell, Scott) |
| 05/24/2011 | 66 | RESPONSE to Motion re 65 MOTION to File Amicus Brief *Addressing Plaintiff's Exclusion from SBT Gaming Facilities and In Support of Motion to Strike* filed by Richard Dotson, Wendy Knox. Replies due by 6/10/2011.(Wood, T.) |
| 05/24/2011 | 67 | MOTION to Strike 65 MOTION to File Amicus Brief *Addressing Plaintiff's Exclusion from SBT Gaming Facilities*, 53 MOTION to File Amicus Brief *supporting* MOTION for Reconsideration re 46 Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Amend/Correct, Order on Motion to Dismiss, Order on Motion to Dismiss, Order on Motion to Di T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 6/17/2011 (Attachments: # 1 Memorandum in Support)(Wood, T.) |
| 07/09/2011 | 68 | MEMORANDUM DECISION AND ORDER granting 53 Motion to file Amicus Brief; granting 65 Motion to file Amicus Brief; denying 67 Motion to Strike. The Tribes are authorized to file a single amicus brief in response to the Government's 51 MOTION for Reconsideration no longer than the 20-page limit to be filed within 10 days from the date of this Order. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by cjm) (Entered: 07/11/2011) |
| 07/15/2011 | 69 | Joint MOTION to Vacate 49 Order, Set Deadlines, Order, Set Deadlines, Order, Set Deadlines *Re: Briefing Schedule on Cross-Motions for Summary Judgment (Unopposed)* T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 8/8/2011 (Wood, T.) |
| 07/15/2011 | 70 | MOTION to Vacate 49 Order, Set Deadlines, Order, Set Deadlines, Order, Set Deadlines *Re: Briefing Schedule (CORRECTED)* T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 8/8/2011 (Wood, T.) |
| 07/18/2011 | 71 | DOCKET ENTRY ORDER denying 70 Motion to Vacate. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dm) |
| 07/18/2011 | | CORRECTIVE ENTRY - The entry docket number 69 Joint MOTION to Vacate 49 Order, Set Deadlines, Order, Set Deadlines, Order, Set Deadlines *Re: Briefing Schedule on Cross-Motions for Summary Judgment (Unopposed)* filed by Richard Dotson, Wendy Knox was filed incorrectly in this case so please disregard. The filing party has correctly submitted at docket #70. (cjm) |
| 07/19/2011 | 72 | MOTION to Compel *Discovery and Supplement the Administrative Record* T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 8/12/2011 (Attachments: # 1 Memorandum in Support)(Wood, T.) |
| 07/20/2011 | 73 | MEMORANDUM/BRIEF re 51 MOTION for Reconsideration MOTION for Summary Judgment filed by Shoshone Bannock Tribes. (Crowell, Scott) |
| 08/15/2011 | 74 | RESPONSE to Motion re 72 MOTION to Compel *Discovery and Supplement the* |

| | | |
|---|---|---|
| | | *Administrative Record* filed by Kenneth Lee Salazar, United States Department of Interior. Replies due by 9/1/2011.(Frank, Samantha) |
| 09/01/2011 | 75 | REPLY to Response to Motion re 72 MOTION to Compel *Discovery and Supplement the Administrative Record* filed by Richard Dotson, Wendy Knox.(Wood, T.) |
| 09/02/2011 | 76 | ERRATA by Plaintiffs Richard Dotson, Wendy Knox re 75 Reply to Response to Motion *to Compel Discovery and Supplement Record* 72 . (Attachments: # 1 Errata Corrected Reply Brief)(Wood, T.) |
| 09/22/2011 | 77 | MEMORANDUM DECISION AND ORDER denying 51 Motion for Reconsideration and Motion for Summary Judgment; granting in part and denying in part 72 Motion to Compel Discovery. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by cjm) |
| 10/19/2011 | 78 | MOTION for Protective Order T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 11/14/2011 (Attachments: # 1 Memorandum in Support)(Wood, T.) |
| 10/19/2011 | 79 | DECLARATION of Counsel re 78 MOTION for Protective Order filed by Richard Dotson, Wendy Knox. (Attachments: # 1 Exhibit Federal Defendants' first set of discovery requests)(Wood, T.) |
| 10/25/2011 | 80 | MOTION For Order Commanding Attendance at Depositions T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 11/18/2011 (Wood, T.) |
| 10/25/2011 | 81 | DECLARATION of Counsel re 80 MOTION For Order Commanding Attendance at Depositions filed by Richard Dotson, Wendy Knox. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wood, T.) |
| 10/25/2011 | 82 | MOTION for Extension of Time to Complete Discovery T. Jason Wood appearing for Plaintiffs Richard Dotson, Wendy Knox. Responses due by 11/18/2011 (Wood, T.) |
| 11/14/2011 | 83 | RESPONSE to Motion re 78 MOTION for Protective Order filed by Kenneth Lee Salazar, United States Department of Interior. Replies due by 12/1/2011.(Bair, Tyler) |
| 12/28/2011 | 84 | NOTICE by Kenneth Lee Salazar, United States Department of Interior *Of Withdrawal of Appearance* (Frank, Samantha) |
| 02/13/2012 | 85 | MEMORANDUM DECISION AND ORDER denying 78 Motion for Protective Order; granting in part and denying in part 80 Motion for Order Compelling Attendance at Deposition; granting 82 Motion for Extension of Time to Complete Discovery. The discovery on standing and statute of limitation issues shall be completed within 45 days from the date of this decision. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by cjm) |
| 04/16/2012 | 86 | STIPULATION of Dismissal *WITHOUT PREJUDICE* by Richard Dotson, Wendy Knox. (Wood, T.) |