EXHIBIT "3(B)"

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

TY BAIR (Idaho Bar # 7937)
U.S. Department of Justice
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 307-3316
Fax: (202) 305-0506
E-mail: tyler.bair@usdoj.gov

SAMANTHA KLEIN FRANK (NYS Bar # SK-9874)
U.S. Department of Justice
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 305-0474
Fax: (202) 305-0506
E-mail: samantha.frank@usdoj.gov

*Attorneys for United States Department of Interior and Kenneth Lee Salazar, Secretary of the Interior*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WENDY KNOX and RICHARD DOTSON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, KENNETH LEE SALAZAR, Secretary of the Interior, and C.L. OTTER, Governor of the State of Idaho, <br><br> Defendants. | ) <br> ) <br> ) Case No. 4:09-CV-00162-BLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

*Federal Defendants' Motions to For Reconsideration and Summary Judgment*

# FEDERAL DEFENDANTS' MOTIONS FOR RECONSIDERATION
# AND FOR SUMMARY JUDGMENT

Federal Defendants, United States Department of the Interior and Kenneth Lee Salazar, Secretary of the Interior, respectfully move for reconsideration of this Court's December 27, 2010 Order denying Federal Defendants' Motion to Dismiss the Amended Complaint based on the availability of newly-discovered evidence that demonstrates Plaintiff Wendy Knox's claim is barred by the applicable statute of limitations  In the alterative, Federal Defendants hereby move for summary judgment on this issue.  Federal Defendants also hereby respectfully move for summary judgement on the question of mootness.  A memorandum in support of these motions follows.

DATED this 4th day of March 2011

                                        IGNACIA S. MORENO
                                      Assistant Attorney General
                                      Environment and Natural Resources Division

                                      /s/ Ty Bair
                                      TY BAIR
                                      U.S. Department of Justice
                                      United States Department of Justice
                                      Environment and Natural Resources Division
                                      Natural Resources Section
                                      P.O. Box 663
                                      Washington, D.C. 20044-0663
                                      Phone: (202) 307-3316
                                      Fax: (202) 305-0506
                                      E-mail: tyler.bair@usdoj.gov

| Of Counsel: | /s/ Samantha Klein Frank |
| --- | --- |
| Andrew S. Caulum | SAMANTHA KLEIN FRANK |
| Attorney-Advisor | United States Department of Justice |
| Office of the Solicitor | Environment and Natural Resources Division |
| Division of Indian Affairs | Natural Resources Section |
| U.S. Department of the Interior | P.O. Box 663 |

*Federal Defendants' Motions to For Reconsideration and Summary Judgment*

1849 C Street NW, MS 6513 MIB  Washington, D.C. 20044-0663
Washington DC 20240  Phone: (202) 305-0474
 Fax: (202) 305-0506
 E-mail: samantha.klein@usdoj.gov

*Federal Defendants' Motions to For Reconsideration and Summary Judgment*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of March, 2011, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Curt R. Thomsen email address: cthomsen@custertel.net
T. Jason Wood email address: tjwoood@thomsenstephenslaw.com
Clay R. Smith email address: clay.smith@ag.idaho.gov

By: /s/ Ty Bair
Ty Bair