EXHIBIT "3(E)"

Case 2:05-325-BLW Document 87 File 04/6/22 Page 2 of 4

Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls ID 83404
Telephone (208)522-1230
Fax (208)522-1277

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WENDY KNOX and RICHARD DOTSON,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATED DEPARTMENT OF THE INTERIOR, and KENNETH LEE SALAZAR, Secretary of the Interior,<br><br>  Defendants. | Case No. CV09-00162-E-BLW<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

The parties, by and through their respective counsel of record, hereby stipulation and agree as follows:

1. That the within action shall be dismissed without prejudice pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii); and

2. That each party will bear their own costs and attorney fees incurred in this proceeding.

1 -   STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Defense counsel, Ty Bair, has requested and authorized the undersigned Plaintiff's counsel, T. Jason Wood, to execute this stipulation on his behalf by marking his signature line below with his "/s/".

DATED this 16th day of April, 2012.

>IGNACIA S. MORENO
>Assistant Attorney General
>Environment and Natural Resources Division
>
>/s/
>TY BAIR
>U.S. Department of Justice
>United States Department of Justice
>Environment and Natural Resources
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663
>Phone: (202) 307-3316
>Fax: (202) 305-0506
>E-mail: tyler.bair@usdoj.gov

DATED this 16th day of April, 2012.

>THOMSEN STEPHENS LAW OFFICES, PLLC
>
>By: /s/
>   T. Jason Wood, Esq.
>   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 16, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

        Tyler Bair:                        tyler.bair@usdoj.gov
        Samantha Klein Frank:      samantha.frank@usdoj.gov
        Curt R. Thomsen:            cthomsen@custertel.net

                                  THOMSEN STEPHENS LAW OFFICES, PLLC

                                  By:    /s/_____
                                          T. Jason Wood, attorney for Plaintiffs

J:\data\TJW\6085-001\Pleadings\049 Stip Dism.wpd