**HONORABLE DAVID G. ESTUDILLO**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No.: 22-cv-05325-DGE <br><br> **SHOALWATER BAY TRIBE'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR LIMITED INTERVENTION** |

Notice of Supplemental Authority
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89A, Ste. 8, Sedona AZ, 86336
Tel: (425) 802-5369

Specially appearing proposed-limited-intervenor, the Shoalwater Bay Indian Tribe of the Shoalwater Bay Indian Reservation ("Tribe"), pursuant to Local Civil Rule 7(n) submits this Notice of Supplemental Authority in support of its pending Rule 24 Motion (Dkt. 68). The supplemental authority, *Klamath Irrigation District et. al. v. United States Bureau of Reclamation et. al.*, ___4th____, 2022 WL 4101175 (9th Cir. 2022) (courtesy copy attached as Exhibit 1), was issued on September 8, 2022, after the Tribe submitted its reply brief on August 19, 2022, (Dkt 79).

*Klamath Irrigation District* discusses at at *7-8, both *Dine Citizens Against Ruining Our Env't v. Bureau of Indian Affairs*, 932 F.3d 843 (9th Cir. 2019) and *Southwest Center for Biological Diversity v. Babbitt*, 150 F.3d 1152, 1154 (9th Cir. 1998), which address the applicability of Rule 19 in cases affecting protectable tribal interests. Plaintiff Maverick Gaming LLC ("Maverick") discusses these two cases in its Opposition to the Tribe's Rule 24 Motion (Dkt. 78 at 5–7). The Tribe discusses these two cases in its reply brief in support of its Rule 24 Motion (Dkt. 79 at 2-6) and in its [Proposed] Rule 19 Motion (Dkt. 68-1, *passim*).

Although the Tribe's [Proposed] Rule 19 Motion (Dkt. 68-1) is not presently before the Court, Maverick has argued in its Response in Opposition that the Rule 24 Motion should be denied because the [Proposed] Rule 19 Motion should be denied, discussing both *Dine Citizens* and *Southwest Center* (Dkt.78 at 5-7). The fact that the Ninth Circuit's law regarding Rule 19 continues to evolve, as most recently articulated in *Klamath Irrigation District,* also is relevant to Tribe's position set forth in its Rule 24 Reply Brief that the Rule 24 Motion should first be granted and thereafter the Rule 19 Motion can be fully briefed by all parties and in any potential *amici* brief filed by other affected Tribes (Dkt. 79 at 1).

Respectfully submitted this 12th day of September, 2022.

Notice of Supplemental Authority
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89A, Ste. 8, Sedona AZ, 86336
Tel: (425) 802-5369

Respectfully submitted,

s/ *Scott D. Crowell*
SCOTT CROWELL (WSBA No. 18868)
CROWELL LAW OFFICES-TRIBAL ADVOCACY GROUP
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Telephone: (425) 802-5369
Fax: (509) 290-6953
Email: scottcrowell@hotmail.com

LAEL ECHO-HAWK (WSBA No.
MThirtySix, PLLC
700 Pennsylvania Avenue SE
The Yard – 2nd Floor
Washington, D.C. 20003
Telephone: (206) 271-0106
Email: Lael@MThirtySixPLLC.com

*Attorneys for Proposed Limited Intervenor Shoalwater Bay Indian Tribe*

Notice of Supplemental Authority
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89A, Ste. 8, Sedona AZ, 86336
Tel: (425) 802-5369

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2022, I filed the foregoing Notice of Supplemental Authority in Support of Motion for Limited Intervention with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in this matter.

DATED: September 12, 2022

> s/ *Scott D. Crowell*
> SCOTT CROWELL (WSBA No. 18868)
> CROWELL LAW OFFICES-TRIBAL ADVOCACY GROUP
> 1487 W. State Route 89A, Suite 8
> Sedona, AZ 86336
> Telephone: (425) 802-5369
> Fax: (509) 290-6953
> Email: scottcrowell@hotmail.com

Notice of Supplemental Authority
Case No. 22-cv-05325-DGE

Scott D. Crowell
Crowell Law Office-Tribal Advocacy Group
1487 W. State Route 89A, Ste. 8, Sedona AZ, 86336
Tel: (425) 802-5369