THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. 22-cv-05325 DGE<br><br>**PLAINTIFF'S RESPONSE TO SHOALWATER BAY TRIBE'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR LIMITED INTERVENTION**<br><br>NOTED ON MOTION CALENDAR: August, 19, 2022 |

PLAINTIFF'S RESPONSE TO TRIBE'S
NOTICE OF SUPPLEMENTAL AUTHORITY
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550

Plaintiff Maverick Gaming LLC ("Maverick") respectfully submits this response to the Shoalwater Bay Tribe's ("Tribe") September 12, 2022 filing, which notifies the Court of the Ninth Circuit's recent decision in *Klamath Irrigation District v. U.S. Bureau of Reclamation*, 2022 WL 4101175 (9th Cir. Sept. 8, 2022). This case in no way changes the Ninth Circuit's legal standards regarding Rule 19 and does not change the fact that the Tribe is not a "required party" under Rule 19 because it is adequately represented by the Secretary of the Interior.

As Maverick previously explained, Dkt. 78, at 4–5, it is black-letter law that, given the federal government's "trust responsibility" to Indian tribes, generally "Tribes are not necessary parties" if the federal government is a party because "[t]he United States can adequately represent an Indian tribe unless there exists a conflict of interest between the United States and the tribe." *Washington v. Daley*, 173 F.3d 1158, 1167–68 (9th Cir. 1999); *Sw. Ctr. for Biological Diversity v. Babbitt*, 150 F.3d 1152, 1154 (9th Cir. 1998); *see also Dine Citizens Against Ruining Our Env't v. BIA*, 932 F.3d 843, 855 (9th Cir. 2019) (concluding that federal government did not adequately represent tribal mine owner because its "overriding interest … must be in complying with environmental laws," rather than approving continued mining operations).

*Klamath* is in perfect accord with these precedents. It found the federal government to be an inadequate representative of absent Indian tribes because of conflicts of interest with the tribes: "the Tribes are in active litigation over the degree to which Reclamation is willing to protect the Tribes' interests in several species of fish," and the government's "primary interest" was not in defending the Tribes' "reserved water and fishing rights" but in defending action "taken pursuant to the [Endangered Species Act] and APA." *Klamath*, 2022 WL 4101175, at *7–8.

As Maverick has already noted, the Tribe has not shown any such conflict here; to the contrary, both the federal defendants and the Tribe share the identical position that the challenged state-tribal compacts are in accord with federal law and should continue in effect. Dkt. 78, at 6; *see* Dkt. 67-9, at 1.[1]

---

[1] Indeed, the Tribe's own notice recognizes that its Rule 19 arguments can succeed only if the Ninth Circuit's law regarding Rule 19 "evolve[s]." Dkt. 82, at 2.

1

PLAINTIFF'S RESPONSE TO TRIBE'S
NOTICE OF SUPPLEMENTAL AUTHORITY
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550

DATED September 19, 2022.

**BRENNAN LEGAL, PLLC**

By: *s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA  98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com

**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Theodore B. Olson*
By: *s/ Matthew D. McGill*
By: *s/ Lochlan F. Shelfer*
Theodore B. Olson, D.C. Bar No. 367456
Matthew D. McGill, D.C. Bar No. 481430
Lochlan F. Shelfer, D.C. Bar No. 1029799
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C.  20036-5303
Phone: (202) 955-8668
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com
Email: lshelfer@gibsondunn.com

*Attorneys for Plaintiff Maverick Gaming LLC*

2

PLAINTIFF'S RESPONSE TO TRIBE'S
NOTICE OF SUPPLEMENTAL AUTHORITY
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of the filing to all counsel of record.

DATED September 19, 2022.

/s/ *Thomas M. Brennan*
Thomas M. Brennan

3

PLAINTIFF'S RESPONSE TO TRIBE'S
NOTICE OF SUPPLEMENTAL AUTHORITY
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550