**THE HONORABLE DAVID G. ESTUDILLO**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.: 22-cv-05325-DGE<br><br>**NON-PARTY TRIBES' CONSENT MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF LIMITED INTERVENOR SHOALWATER BAY TRIBE'S MOTION TO DISMISS**<br><br>**Note on Motion Calendar: October 11, 2022** |

The Suquamish Tribe, the Confederated Tribes of the Chehalis Reservation, the Hoh Indian Tribe, the Kalispel Tribe, the Makah Indian Tribe, the Nisqually Indian Tribe, the Nooksack Indian Tribe, the Port Gamble S'Klallam Tribe, the Puyallup Tribe of Indians, the Quinault Tribe, the Samish Indian Nation, the Skokomish Indian Tribe, the Spokane Tribe, the Squaxin Tribe, the Swinomish Indian Tribal Community, the Tulalip Tribes, and the Confederated Tribes and Bands of the Yakama Nation ("*Amici* Tribes") respectfully request leave to file the attached brief as *amici curiae* in support of the motion to dismiss filed by Limited Intervenor Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation

NON-PARTY TRIBES' CONSENT  
MOTION FOR LEAVE TO FILE *AMICUS*  
BRIEF (No. 22-cv-05325) – 1

JENNER & BLOCK LLP  
1099 New York Avenue, NW, Suite 900  
Washington, DC 20001-4412  
Tel. 202 639-6000

("Shoalwater Bay"). Doc. 85. *Amici* Tribes have conferred with all parties to this case, and the parties have consented to the filing of this *amicus* brief. A copy of the proposed brief is attached as Attachment A to this motion.[1]

Courts have "broad discretion to permit … amicus participation," *Wagafe v. Biden*, No. 17-CV-00094, 2022 WL 457983, at *1 (W.D. Wash. Feb. 15, 2022), and they generally "exercise[] great liberality in permitting amicus briefs," *California ex rel. Becerra v. U.S. Dep't of the Interior,* 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (quotation marks omitted) (quoting *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007)). "[T]here are no strict prerequisites to qualify as amici." *Wagafe*, 2022 WL 457983, at *1 (quoting *Hooper v. City. of Seattle*, No. C17-0077, 2017 WL 11437101, at *1 (W.D. Wash. Aug. 28, 2017)). But typically, courts "consider *amicus* briefs from non-parties [(1)] 'concerning legal issues that have potential ramifications beyond the parties directly involved or [(2)] if the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Macareno v. Thomas*, 378 F. Supp. 3d 933, 940 (W.D. Wash. 2019) (quotation marks omitted) (quoting *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005)); *see also, e.g.*, *Rosas v. Sarbanand Farms, LLC*, No. C18-0112, 2019 WL 3428663, at *1 (W.D. Wash. July 30, 2019) (same); *Wagafe*, 2022 WL 457983, at *1 ("Amicus briefs are 'frequently welcome concerning legal issues that have potential ramifications beyond the parties directly involved.'" (cleaned up) (quoting *NGV Gaming*, 355 F. Supp. 2d at 1067)).

Both circumstances are present here. First, this suit directly implicates *Amici* Tribes' rights and interests by challenging the validity of the class III gaming compacts to which *Amici* Tribes are parties and the legality of the *Amici* Tribes' gaming activities. These gaming

---

[1] This motion and the accompanying brief are filed seven days after submission of Shoalwater Bay's motion, accounting for the federal holiday. *See* Local Rules W.D. Wash. LCR 6(a).

| NON-PARTY TRIBES' CONSENT MOTION FOR LEAVE TO FILE *AMICUS* BRIEF (No. 22-cv-05325) – 2 | JENNER & BLOCK LLP 1099 New York Avenue, NW, Suite 900 Washington, DC 20001-4412 Tel. 202 639-6000 |
|---|---|

compacts and activities generate revenues for tribal governmental services essential to protect the public health and safety of tribal communities, support thousands of jobs throughout Washington State, and are the result of substantial investments made by *Amici* Tribes over the past three decades. Courts frequently grant Indian tribes leave to submit *amicus* briefs in cases implicating their unique rights and interests. *E.g.*, *NGV Gaming*, 355 F. Supp. 2d at 1068 (deeming it "appropriate" to consider tribal amicus brief because of the tribe's "interest in the [contracts] at issue"); *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (same). Leave should be granted here as well.

Second, *Amici* Tribes offer a unique perspective that can assist the Court. *Amici* Tribes possess unique knowledge and information as to, *inter alia*, how (1) Maverick's claims would impair the sovereign interests of *Amici* Tribes in their compacts and gaming activities, (2) the inability of the Federal and State Defendants to adequately represent those interests, and (3) the devastating effects that this lawsuit could have on *Amici* Tribes and their members if it were to proceed in their absence. *Amici* Tribes submit that such information is critical to resolution of the pending motion to dismiss.

For these reasons, *Amici* Tribes respectfully request leave to file the proposed *amicus* brief.

Dated: October 11, 2022

Respectfully submitted,

By: /s/ Tim Woolsey

Tim Woolsey
Washington Bar No. 33208
OFFICE OF THE TRIBAL ATTORNEY
SUQUAMISH TRIBE
P.O. Box 498
Suquamish, WA 98392
(360) 394-8493
twoolsey@suquamish.nsn.us

NON-PARTY TRIBES' CONSENT
MOTION FOR LEAVE TO FILE *AMICUS*
BRIEF (No. 22-cv-05325) – 3

JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel. 202 639-6000

Keith M. Harper*
Leonard R. Powell*
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
(202) 639-6000
kharper@jenner.com
leonardpowell@jenner.com

***Counsel for the Suquamish Tribe***

―――

Cory J. Albright
Washington Bar No. 31493
KANJI & KATZEN, P.L.L.C.
811 1st Avenue, Suite 630
Seattle, WA 98104
(206) 344-8100
calbright@kanjikatzen.com

Harold Chesnin
Washington Bar No. 398
LEAD COUNSEL FOR THE TRIBE
420 Howanut Road
Oakville, WA 98568
(360) 529-7465
hchesnin@chehalistribe.org

***Counsel for the Confederated Tribes of the Chehalis Reservation***

―――

Kathleen M. Gargan
Washington Bar No. 56452
DORSAY & EASTON LLP
1737 NE Alberta Street, Suite 208
Portland, OR 97211
(503) 790-9060
katie@dorsayindianlaw.com

***Counsel for the Hoh Indian Tribe***

―――

NON-PARTY TRIBES' CONSENT
MOTION FOR LEAVE TO FILE *AMICUS*
BRIEF (No. 22-cv-05325) – 4

JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel. 202 639-6000

Lorraine A. Parlange
Washington Bar No. 25139
Aubrey A. Seffernick
Washington Bar No. 37998
KALISPEL TRIBE OF INDIANS LEGAL OFFICE
934 S .Garfield Road
Airway Heights, WA 99001
(509) 789-7600
lparlange@kalispeltribe.com
aseffernick@kalispeltribe.com

*Counsel for Kalispel Tribe*

---

Brian C. Gruber
Washington Bar No. 32210
Crystal Pardue
Washington Bar no. 54371
ZIONTZ CHESTNUT
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230
bgruber@ziontzchestnut.com
cpardue@ziontzchestnut.com

*Counsel for Makah Indian Tribe*

---

Nate J. Cushman
Washington Bar No. 34944
OFFICE OF THE TRIBAL ATTORNEY
NISQUALLY TRIBE
4820 She-Nah-Num Drive SE
Olympia, WA 98513
(360) 456-5221
cushman.nate@nisqually-nsn.gov

*Counsel for Nisqually Indian Tribe*

---

NON-PARTY TRIBES' CONSENT
MOTION FOR LEAVE TO FILE *AMICUS*
BRIEF (No. 22-cv-05325) – 5

JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel. 202 639-6000

Charles N. Hurt, Jr.
Washington Bar No. 46217
NOOKSACK INDIAN TRIBE
5047 Mt. Baker Highway
P.O. Box 63
Deming, WA 98244
(360) 592-4158
churt@nooksack-nsn.gov

*Counsel for Nooksack Indian Tribe*

―――

Steven D. Moe
Washington Bar No. 41123
LEGAL DEPARTMENT
PORT GAMBLE S'KLALLAM TRIBE
31912 Little Boston Road NE
Kingston, WA 98346
(360) 297-6242
smoe@pgst.nsn.us

*Counsel for Port Gamble S'Klallam Tribe*

―――

Robert L. Hunter, Jr.
Washington Bar No. 48726
PUYALLUP TRIBE OF INDIANS
3009 E. Portland Avenue
Tacoma, WA 98404
(253) 573-7873
robert.hunter@puyalluptribe-nsn.gov

*Counsel for Puyallup Tribe of Indians*

―――

NON-PARTY TRIBES' CONSENT
MOTION FOR LEAVE TO FILE *AMICUS*
BRIEF (No. 22-cv-05325) – 6

JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel. 202 639-6000

Lori Bruner
Washington Bar No. 26652
QUINAULT INDIAN NATION
OFFICE OF THE ATTORNEY GENERAL
136 Cuitan Street
P.O. Box 613
Taholah, WA 98587
(360) 276-8215
lbruner@quinault.org

***Counsel for Quinault Tribe***

————

Corin La Pointe-Aitchison
Washington Bar No. 54924
DORSAY & EASTON
1737 NE Alberta Street, Suite 208
Portland, OR 97211
(503) 790-9060
corin@dorsayindianlaw.com

***Counsel for Samish Indian Nation***

————

Earle David Lees, III
Washington Bar No. 30017
SKOKOMISH LEGAL DEPARTMENT
SKOKOMISH INDIAN TRIBE
N. 80 Tribal Center Road
Skokomish Nation, WA 98584
(360) 877-2100
elees@skokomish.org

***Counsel for the Skokomish Indian Tribe***

————

Scott Wheat
Washington Bar No. 25565
WHEAT LAW OFFICES
23215 West Long Lake Road
Ford, WA 99013
(509) 458-6521
scottwheat@me.com

***Counsel for Spokane Tribe***

————

NON-PARTY TRIBES' CONSENT
MOTION FOR LEAVE TO FILE *AMICUS*
BRIEF (No. 22-cv-05325) – 7

JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel. 202 639-6000

Nathan Schreiner
Washington Bar No. 31629
SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE Old Olympic Highway
Kamilche, WA 98584
(360) 432-1771
nschreiner@squaxin.us

***Counsel for Squaxin Tribe***

———

Rachel Sage
Washington Bar No. 42231
OFFICE OF TRIBAL ATTORNEY
SWINOMISH INDIAN TRIBAL COMMUNITY
11404 Moorage Way
La Conner, WA 98257
(360) 707-1501
rsage@swinomish.nsn.us

***Counsel for Swinomish Indian Tribal Community***

———

Lisa Koop Gunn
Washington Bar No. 47115
THE TULALIP TRIBES
6406 Marine Drive
Tulalip, WA 98271
(206) 683-5667
lkoop@tulaliptribes-nsn.gov

***Counsel for the Tulalip Tribes***

———

NON-PARTY TRIBES' CONSENT
MOTION FOR LEAVE TO FILE *AMICUS*
BRIEF (No. 22-cv-05325) – 8

JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel. 202 639-6000

Marcus Shirzad
Washington Bar No. 50127
YAKAMA NATION OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Skokomish Nation, WA 98584
(509) 865-7268
marcus@yakamanation-olc.org

***Counsel for the Confederated Tribes and Bands of the Yakama Nation***

*Pro Hac Vice Motion Forthcoming*

NON-PARTY TRIBES' CONSENT
MOTION FOR LEAVE TO FILE *AMICUS*
BRIEF (No. 22-cv-05325) – 9

JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel. 202 639-6000

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 11, 2022, I caused to be served via the CM/ECF system a true and correct copy of the foregoing Motion and appended Proposed Amicus Brief and that service of these documents was accomplished on all parties in the case by the CM/ECF system.

Respectfully submitted,

By: /s/ Tim Woolsey

Tim Woolsey
Washington Bar No. 33208
OFFICE OF THE TRIBAL ATTORNEY
SUQUAMISH TRIBE
P.O. Box 498
Suquamish, WA 98392
(360) 394-8493
twoolsey@suquamish.nsn.us

NON-PARTY TRIBES' CONSENT
MOTION FOR LEAVE TO FILE *AMICUS*
BRIEF (No. 22-cv-05325) – 10

JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel. 202 639-6000