# ATTACHMENT B

THE HONORABLE DAVID G. ESTUDILLO

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 22-cv-05325-DGE<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY TRIBES' MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF LIMITED-INTERVENOR SHOALWATER BAY TRIBE'S MOTION TO DISMISS** |

Having considered Non-Party Tribes' motion for leave to file an *amicus* brief and any responses, it is hereby ORDERED that the motion is GRANTED. The Court GRANTS the Non-Party Tribes *amici curiae* status and GRANTS their request to file a brief in support of Limited Intervenor Shoalwater Bay Tribe's motion to dismiss. The Non-Party Tribes' brief shall be considered filed on the date of this order.

DATED this ____ day of _____, 2022.

_____
HONORABLE DAVID G. ESTUDILLO

[PROPOSED] ORDER GRANTING NON-PARTY TRIBES'
MOTION FOR LEAVE TO FILE *AMICUS* BRIEF
(22-cv-05325-DGE) – 1

Presented by:

/s/ Tim Woolsey

Tim Woolsey
Washington Bar No. 33208
OFFICE OF THE TRIBAL ATTORNEY
SUQUAMISH TRIBE
P.O. Box 498
Suquamish, WA 98392
(360) 394-8493
twoolsey@suquamish.nsn.us

*Counsel for the Suquamish Tribe*

[PROPOSED] ORDER GRANTING NON-PARTY TRIBES'
MOTION FOR LEAVE TO FILE *AMICUS* BRIEF
(22-cv-05325-DGE) – 2