AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| Maverick Gaming, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-CV-05325-DGE |
| United States of America et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Suquamish Tribe                                                                                                           .

Date:   10/13/2022

/s/ Timothy Woolsey
*Attorney's signature*

Timothy Woolsey, WSB No. 33208
*Printed name and bar number*

P.O. Box 498
Suquamish, WA 98392
*Address*

twoolsey@suquamish.nsn.us
*E-mail address*

(360) 394-8493
*Telephone number*

*FAX number*