UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>                Defendants. | CASE NO. 3:22-cv-05325-DGE<br><br>ORDER GRANTING NON-PARTY TRIBES' MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF |

      This matter comes before the Court on the Motion for Leave to File *Amicus Curiae* Brief (Dkt. No. 87) submitted by the Suquamish Tribe, the Confederated Tribes of the Chehalis Reservation, the Hoh Indian Tribe, the Kalispel Tribe, the Makah Indian Tribe, the Nisqually Indian Tribe, the Nooksack Indian Tribe, the Port Gamble S'Klallam Tribe, the Puyallup Tribe of Indians, the Quinault Tribe, the Samish Indian Nation, the Skokomish Indian Tribe, the Spokane Tribe, the Squaxin Tribe, the Swinomish Indian Tribal Community, the Tulalip Tribes, and the Confederated Tribes and Bands of the Yakama Nation (collectively, "Amici Tribes").

*Amici* Tribes seek to file the proposed *Amicus Curiae* Brief (Dkt. No. 87-1) in support of Intervenor Shoalwater Bay Tribe's Motion to Dismiss.

The Court has broad discretion to permit or prohibit amicus participation. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). In general, courts will permit an *amicus* brief where it "addresses the potential ramifications of [the] case beyond the parties directly involved," and offers a helpful rather than duplicative perspective. *See, e.g.*, *Wagafe v. Biden*, 2022 WL 457983, at *1 (W.D. Wash. Feb. 15, 2022).

In this case, all parties have consented to the filing of the *Amici* Tribes' brief. (Dkt. No. 87 at 2.) Further, the Court finds *Amici* Tribes' brief offers a unique perspective regarding the potential ramifications beyond the scope of this litigation.

Accordingly, and having considered *Amici* Tribes' motion and the remainder of the record, the Court finds and ORDERS that *Amici* Tribes' Motion for Leave to File *Amicus Curiae* Brief (Dkt. No. 87) is GRANTED.

The amicus brief attached as Dkt. No. 87-1 is hereby deemed filed on the date of this order.

Dated this 17th day of October 2022.



David G. Estudillo
United States District Judge

ORDER GRANTING NON-PARTY TRIBES' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF - 2