THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 22-cv-05325 DGE<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Maverick Gaming LLC appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Limited Intervenor Shoalwater Bay Tribe's Motion to Dismiss entered February 21, 2023 (ECF No. 98), and the Judgment entered February 21, 2023 (ECF No. 99), which dismissed Maverick's claims without prejudice; and from any and all of the Court's rulings adverse to Maverick incorporated in, antecedent to, or ancillary to the Order and the Judgment.

NOTICE OF APPEAL
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

DATED February 22, 2023.

**BRENNAN LEGAL, PLLC**

By: *s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA 98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com

**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Theodore B. Olson*
By: *s/ Matthew D. McGill*
By: *s/ Lochlan F. Shelfer*
Theodore B. Olson, D.C. Bar No. 367456
Matthew D. McGill, D.C. Bar No. 481430
Lochlan F. Shelfer, D.C. Bar No. 1029799
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-5303
Phone: (202) 955-8668
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com
Email: lshelfer@gibsondunn.com

*Attorneys for Plaintiff Maverick Gaming LLC*

2

NOTICE OF APPEAL
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of the filing to all counsel of record.

DATED February 22, 2023.

/s/ Thomas M. Brennan
Thomas M. Brennan

3

NOTICE OF APPEAL
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550