# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | Western District of Washington |

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 3:22-cv-05325-DGE |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 01/11/2022 |

Date of judgment or order you are appealing: | 02/21/2023 |

Docket entry number of judgment or order you are appealing: | ECF Nos. 98, 99 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes  ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Maverick Gaming LLC

Is this a cross-appeal?  ○ Yes  ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:           State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Thomas M. Brennan |   **Date** | Feb 22, 2023 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Maverick Gaming LLC |

Name(s) of counsel (if any):

| Theodore B. Olson<br>Matthew D. McGill<br>Lochlan F. Shelfer |

Address: 1050 Connecticut Avenue, N.W., Washington, D.C. 20036

Telephone number(s): (202) 955-8668

Email(s): tolson@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Jay Inslee; Robert Ferguson; Bud Sizemore; Julia Patterson; Alicia Levy; Kristine Reeves; Sarah Lawson; Steve Conway; Jeff Holy; Shelley Kloba; Brandon Vick; Tina Griffin |

Name(s) of counsel (if any):

| Kristin Beneski; Tera M. Heintz; William McGinty; Brian Hunt Rowe |

Address: 800 Fifth Avenue, Suite 2000, Seattle, WA 98104

Telephone number(s): 206-464-7459

Email(s): kristin.beneski@atg.wa.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                       1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
The United States of America; United States Department of the Interior; Deb Haaland; Bryan Newland

Name(s) of counsel (if any):
Daron T. Carreiro; Hillary K. Hoffman; Rebecca M. Ross

Address: U.S. Department of Justice, P.O. Box 7611, Washington, DC 20044

Telephone number(s): (202) 616-3148

Email(s): rebecca.ross@usdoj.gov

Name(s) of party/parties:
Shoalwater Bay Tribe

Name(s) of counsel (if any):
Scott D. Crowell

Address: 1487 W. State Route 89A, Suite 8, Sedona, AZ

Telephone number(s): 425-802-5369

Email(s): scottcrowell@hotmail.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                    2                                    New 12/01/2018