UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAVERICK GAMING LLC,

        Plaintiff - Appellant,

 v.

UNITED STATES OF AMERICA; U.S. DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the Interior; BRYAN NEWLAND, in his official capacity as Assistant Secretary Indian Affairs; JAY INSLEE, in his official capacity as the Governor of Washington; ROBERT FERGUSON, in his official capacity as the Attorney General of Washington; ALICIA LEVY, in her official capacity as Chair of the Washington State Gambling Commission; JULIA PATTERSON, in her official capacity as Vice-Chair of the Washington State Gambling Commission; BUD SIZEMORE, in his official capacity as Commissioner of the Washington State Gambling Commission; KRISTINE REEVES, in her official capacity as Commissioner of the Washington State Gambling Commission; SARAH LAWSON, in her official capacity as Commissioner of the Washington State Gambling Commission; STEVE CONWAY, in his

No. 23-35136

D.C. No. 3:22-cv-05325-DGE
U.S. District Court for Western Washington, Tacoma

**TIME SCHEDULE ORDER**

official capacity as ex officio member of the Washington State Gambling Commission; JEFF HOLY, in his official capacity as ex officio member of the Washington State Gambling Commission; SHELLEY KLOBA, in her official capacity as ex officio member of the Washington State Gambling Commission; BRANDON VICK, in his official capacity as ex officio member of the Washington State Gambling Commission; TINA GRIFFIN, in her official capacity as Director of the Washington State Gambling Commission,

   Defendants - Appellees,

and

SHOALWATER BAY TRIBE,

  Intervenor-Defendant - Appellee.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Thu., March 2, 2023** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., March 24, 2023** | Transcript shall be ordered. |
| **Mon., April 24, 2023** | Transcript shall be filed by court reporter. |

| | |
|---|---|
| **Fri., June 2, 2023** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., July 3, 2023** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7