THE HONORABLE DAVID G. ESTUDILLO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAVERICK GAMING LLC,

     Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

     Defendants.

No. 22-cv-05325 DGE

**NOTICE OF INTENT NOT TO ORDER TRANSCRIPTS AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Ninth Circuit Rule 10-3.1(a), Plaintiff Maverick Gaming LLC hereby notifies all appellees in this action that it does not intend to order any transcripts in connection with its appeal of the order and judgment granting the Shoalwater Bay Tribe's motion to dismiss. *See Maverick Gaming LLC v. United States*, No. 23-35136 (9th Cir.).

Maverick intends to present the following issues on appeal: (1) whether an Indian tribe is a required party under Rule 19(a) in a case challenging its state-tribal IGRA gaming compact when the federal government is a party; and, if the tribe is a required party in such a case, (2) whether the action should proceed in equity and good conscience in the tribe's absence.

NOTICE OF INTENT NOT TO ORDER TRANSCRIPTS
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550

DATED March 6, 2023.

**BRENNAN LEGAL, PLLC**


By: *s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA  98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com


**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Theodore B. Olson*
By: *s/ Matthew D. McGill*
By: *s/ Lochlan F. Shelfer*
Theodore B. Olson, D.C. Bar No. 367456
Matthew D. McGill, D.C. Bar No. 481430
Lochlan F. Shelfer, D.C. Bar No. 1029799
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C.  20036-5303
Phone: (202) 955-8668
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com
Email: lshelfer@gibsondunn.com

*Attorneys for Plaintiff Maverick Gaming LLC*

NOTICE OF INTENT NOT TO ORDER TRANSCRIPTS
(3:22-cv-05325 DGE)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of the filing to all counsel of record.

DATED March 6, 2023.

*/s/ Thomas M. Brennan*
Thomas M. Brennan

3

NOTICE OF INTENT NOT TO ORDER TRANSCRIPTS
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550