THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 22-cv-05325 DGE<br><br>**NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED** |

Pursuant to Ninth Circuit Rule 10-3.1(a), on March 6, 2023, Plaintiff Maverick Gaming LLC served a notice on all appellees in this action that it does not intend to order any transcripts in connection with its appeal of the order and judgment granting the Shoalwater Bay Tribe's motion to dismiss. *See Maverick Gaming LLC v. United States*, No. 23-35136 (9th Cir.). Appellees did not respond to Maverick's initial notice within 10 days by serving it with a list of any portions of the transcript that appellees deem necessary to the appeal. *See* 9th Cir. R. 10-3.1(b).

Because no transcripts have been designated, no transcripts will be ordered in connection with Maverick's appeal.

NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

DATED March 21, 2023.

**BRENNAN LEGAL, PLLC**

By: *s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
P.O. Box 1384
144 Railroad Ave. S., Suite 308
Edmonds, WA 98020
Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com

**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Theodore B. Olson*
By: *s/ Matthew D. McGill*
By: *s/ Lochlan F. Shelfer*
Theodore B. Olson, D.C. Bar No. 367456
Matthew D. McGill, D.C. Bar No. 481430
Lochlan F. Shelfer, D.C. Bar No. 1029799
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-5303
Phone: (202) 955-8668
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com
Email: lshelfer@gibsondunn.com

*Attorneys for Plaintiff Maverick Gaming LLC*

2
NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED
(3:22-cv-05325 DGE)

Brennan Legal, PLLC
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA 98020
(425) 967-3550

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of the filing to all counsel of record.

DATED March 21, 2023.

/s/ Thomas M. Brennan
Thomas M. Brennan

3
NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED
(3:22-cv-05325 DGE)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550