The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MAVERICK GAMING LLC, | NO. 3:22-cv-05325-DGE |
| Plaintiff, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | **CLERK'S ACTION REQUIRED** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

TO:          CLERK OF THE ABOVE-ENTITLED COURT

AND TO:      ALL COUNSEL OF RECORD

　　　PLEASE TAKE NOTICE that KRISTIN BENESKI, First Assistant Attorney General, hereby withdraws as counsel for Jay Inslee, in his official capacity as the Governor of Washington, Robert Ferguson, in his official capacity as the Attorney General of Washington, Alicia Levy, in her official capacity as Chair of the Washington State Gambling Commission, Julia Patterson, in her official capacity as Vice-Chair of the Washington State Gambling Commission, Bud Sizemore, in his official capacity as Commissioner of the Washington State Gambling Commission, Kristine Reeves, in her official capacity as Commissioner of the Washington State Gambling Commission, Sarah Lawson, in her official capacity as Commissioner of the Washington State Gambling Commission, Steve Conway, in his official

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  capacity as ex officio member of the Washington State Gambling Commission, Jeff Holy, in his

2  official capacity as ex officio member of the Washington State Gambling Commission, Shelley

3  Kloba, in her official capacity as ex officio member of the Washington State Gambling

4  Commission, Brandon Vick, in his official capacity as ex officio member of the Washington

5  State Gambling Commission, and Tina Griffin, in her official capacity as Director of the

6  Washington State Gambling Commission (State Defendants) in the above-entitled action,

7  effective immediately. Deputy Solicitor General Tera M. Heintz and Assistant Attorneys General

8  Brian H. Rowe and William McGinty remain counsel of record for the State Defendants.

9          DATED this 13th day of January 2025.

10                                  ROBERT W. FERGUSON
                                     Attorney General

11                                  *s/ Kristin Beneski*

12                                  KRISTIN BENESKI, WSBA No. 45478
                                     First Assistant Attorney General

13                                  800 Fifth Avenue, Suite 2000
                                     Seattle, WA  98104-3188

14                                  (206) 464-7744
                                     kristin.beneski@atg.wa.gov

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL OF
COUNSEL -- 3:22-cv-05325-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744